IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard C. Hunt
    Plaintiff,

V.

First Correctional Medical Services
Commissioner Stan Taylor
Warden Rapheal Williams
    Defendant.

Civil Action NO. 04-1417-KAJ

FILED
DEC 14 2005
DISTRICT COURT
DISTRICT OF DELAWARE

Motion Request permission of more Time.

I Richard C. Hunt would like to Inform The Courts That, Due To movement To Another Institution Half of my Legal Material was lost in The movement.

I just Recieved The other Half of my legal Material Dec 2. of This year. I Humbly Ask The Courts To grant me 10 days To send The Proper paper work That The Courts Requested.

I Humbly summit

Date 12-12-05    Richard C. Hunt

IM Richard Hunt
SBI# 274714 UNIT 21 Jx #4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

Office of The Clerk
United States District Court
8th North King Street Lock Box 18
Wilmington, Delaware 19801

"Legal Mail"