# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

04-1417 (KAJ)

TO: Richard Hunt   SBI#: 274714

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: December 29, 2005

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
June 1, 2005   to   November 30, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | .02 |
| July | .02 |
| Aug | .02 |
| Sept | 2.37 |
| Oct | .02 |
| Nov | 0 |

Average daily balances/6 months: .40

Attachments
CC: File

Stacy Shane
12/29/05

Mik Litt
Notary public
12/30/05