In the United States District Court
for the State of Delaware

**ORIGINAL**

Richard C. Hunt
    Plaintiff

V.

First Correctional Medical
Services
    Defendant

Civil Action No.
04-1417-KAJ

Motion for Appointment
of Counsel

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to 28 U.S.C. 1915(e)(1) I, Richard C. Hunt, moves for an order of appointing of Counsel to represent me in this case. In support of this motion,

1.) I, Richard C. Hunt is unable to afford Counsel. I am requesting leave to proceed in forma Pauperis.

(1)

2..... The Plaintiff imprisonment will greatly be limited my ability to litigate. Where the issues involved in this case are completed, and will require significant research and a complex investigation is required. Where as the Plaintiff has limited access to the Law Library and have limited knowledge of the law.

Where also the Plaintiff has limited access to the Law Library, Do to the fact he is house in administrative segregation. Which require each inmate to order case law by mail with the use's of inmate Pre legal services that my send wrong case law and I may take week's before information is sent by mail......

3..... The Plaintiff contend that a trial in this case will likely involve conflicting testimony, and a skilled counsel would better represent the Plaintiff in presenting evidence and cross examine any witnesses..........

Where also the Plaintiff has attempted to seek represention on his own and all But one attorney have not responded to any of the letter I wrote I even wrote the Delaware State Bar Associates Lawyer Referral Service and have recieved a response back from the letter I sent on Dec 1 2005.... (See.... Exhibit A.... Page..... 3...)*

4.) The Plaintiff contends he has made repeated efforts to obtain a Lawyer. See Exhibit (A). The Plaintiff humbley request that this honorable Court to appoint a attorney in this case. (See Parham v. Johnson 126 F.3d 454 461 3d Cir. 1997 held that. Where a Plaintiff's case appear's to have merit and most of the aforementioned factors have been met. A Court "must" make every Attempt to obtain counsel. See also Tabron v. Grace 6 F.3d 147 155-58 (3d Cir. 1993)

Wherefore, Richard C. Hunt Plaintiff humbly request that the Court appoint a Pro' Bono attorney a member of the Bar as counsel in this case.

Dated December 16. 2005.

Richard C. Hunt

Richard C. Hunt
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware
19977

In the United States District Court
for the State of Delaware

Michael C. Hunt
    Plaintiff

v.

First Correctional Medical
    Services
        Defendant

Civil Action No.
04-1417-KAJ

Exhibit A.1 Letter to Gary S. Nitsche     Jan 8, 2005
Exhibit A.2 Letter to Jeffery K. Martin   March 28, 2005
Exhibit A.3 Letter to Jeffery K. Martin   Feb 4, 2005
Exhibit A.4 Letter to Delaware State Bar Associates Lawyer Referral Service

(Exhibit A)

Dated Dec. 16, 2005.

Richard C. Hunt

Richard C. Hunt
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware
19977



I/M Richard C. Hunt
SBI# 274714 UNIT 21 D-1 #4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the Clerk
United States District Court
844 North King St. Lock Box 18
Wilmington, Delaware.
19801