# WEIK, NITSCHE, DOUGHERTY & COMPONOVO

*ATTORNEYS AT LAW*
1300 N. GRANT AVENUE, SUITE 101
P.O. BOX 2324
WILMINGTON, DELAWARE 19899
www.weiknitsche.com

Joseph W. Weik
Gary S. Nitsche, P.A.**
Shawn Dougherty*
W. Christopher Componovo
*Also admitted in PA
**Also admitted in PA and NJ

E-mail Address: gnitsche@attys4u.com

Phone (302) 655-4040
Fax (302) 654-4892

Georgetown Office
(302) 856-9868
(By Appointment Only)

January 8, 2005

**LEGAL MAIL**

Mr. Richard C. Hunt
#274714
P.O. Box 9561, 1-C #8
Wilmington, DE 19809

Dear Mr. Hunt:

    Thank you for your letter of December 20, 2004. Unfortunately, I do not get involved in prison lawsuits. You may want to write to the Delaware State Bar Associates, Lawyer Referral Service, and they can recommend an attorney who can help you in this matter.

                                           Very truly yours,

                                           GARY S. NITSCHE, P.A.

GSN/lag

A-1