March 28.05

Jeffery K. Martin
1309 Gilpin Ave.
Wilm, De. 19805

Dear Mr. Martin

I writing in Reference on Wanting to know Have you or your office Recieved any of my (2) letters. (1) Was sent Dec. 20. on the (2) Was sent on the Date of Feb. 4.05 Enclosed Is a Copy of my Complaint filed and order Just Recieved I Will Re-open Case But your assistance In this Case must Be Acknowledge as I Am A Unrepresented Person. As Time is of a need Here In Under.

xc; file

attachment
To letters

Sincerly Yours
Richard Hunt
Unit 19 Bu 23
#274714