February, 14, 2005

Jeffrey K. Martin, Esquire
1525 Delaware avenue
Wilmington, DE 19806

Dear Mr. Martin

I'm writing to you in hopes that you will take an interest in my situation.

My jaw was broken by the nephew of the captain here at Gander Hill prison. I have several eye witnesses.

Although this incident happen to me personally, there is a continuous hostile and dangerous environment here at Gander Hill. There is routine physical confrontation between the inexperience staff and inmates, even between staff members.

It has proven very difficult to maintain a civil suit, it requires the skills of an attorney. I would appreciate it, if you would at least hear my story.

Respectfully,

Richard Hunt
HRYCI (274714)
P.O. Box 9561

A-3

Dec 20. 04

Hello Hi,

My name is Richard C. Hunt I'm currently Incarsarated at Gander Hill Prison. On Sept 17.04 I was assaulted By a correctional officer "Brian Emig" For no parent reason I suffered a Broken Jaw Because of it. I've taken all nessesary steps for as Grieven's Sick call, and Incident reports. My claim is Being Investigated By the Department of Correctional "Internal Affairs" which I'm yet to Hear something Back. I also Have 7# witnesses who saw the Officer Break my Jaw. I Have everything documented From the Time and date of Incident. Sept 20.04 I recieved a X-ray and It was Determind that my Jaw was INFact Broken But First Correctional medical Neglected to give me adequate medical Treatment with in a proper Time But made me wait a whole Full month From Sept 17 04 until Oct 20.04 Clearly showing Delibrate Indifference on the Behalf of There medical practice. also Negligence in there Treatment of patients. I'm asking rather pleading you or someone From your office can please hear my