IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard C. Hunt
   Plaintiff,

Civil Action No. 04-1417-KAJ

V.

First Correctional Medical
Service, Stan Taylor, And
Raphael Williams
   Defendants,

FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Request To submitt forms

 Here Comes Plaintiff, Richard C. Hunt Im currently waiting for the forma pauperis, from the Prison Business office. I haven't recieved it, however Im asking the court to accept these United states Marshall 285" forms.

Date 1.2.06     Name. Richard C. Hunt

I/M Richard Hunt
SBI# 274714 UNIT 21 S K #4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Del.
19801