OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 13, 2006

TO:  Richard C. Hunt
     SBI#274714
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   RE:  **U.S. Marshal 285 Forms**
        *Civil Action #04-1417(KAJ)*

Dear Mr. Hunt:

   Please be advised that the Clerk's Office is returning to you the 285 forms received on 1/11/06. Enclosed please find four 285 forms to be filled out- one for each defendant and one for the Attorney General. Please be aware that you only put one defendants name on each individual 285 form. Once these forms have been completed please submit them to the Clerk's Office.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/bad                                        PETER T. DALLEO
                                            CLERK

cc:  The Honorable Kent A. Jordan
enc: 285 forms