OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 27, 2006

TO: Richard C. Hunt
SBI#274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **U.S. Marshal 285 Forms**
*Civil Action #04-1417(KAJ)*

Dear Mr. Hunt:

Please be advised that the office has received the USM forms for all the defendants except for the Attorney General. Please submit a USM form for the Attorney General to the Clerk's Office for Carl C. Danberg, Attorney General for the State of Delaware, 820 NORTH FRENCH STREET, WILMINGTON, DELAWARE 19801.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: USM Form