OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 1, 2006

TO: Richard C. Hunt
SBI#274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **U.S. Marshal 285 Forms**
*Civil Action #04-1417(KAJ)*

Dear Mr. Hunt:

Please be advised that this office has received your USM 285 form from the Delaware Attorney General's Office. Please be advised that this form needs to be sent directly to the Clerk's Office. Please submit a new USM 285 for the Attorney General to the Clerk's Office.

Enclosed please find a 285 form and a copy of the Order from 9/27/05 which states who needs to be served and the proper addresses.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Forms