## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 7, 2006

Richard C. Hunt
SBI #274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 1977

Eileen Kelly, Esq.
Department of Justice
820 N. French Street - 6th Fl.
Wilmington, DE  19801

Re:  Richard C. Hunt v. First Correctional Medical Services, et al.
     Civil Action No. 04-1417-KAJ

Dear Mr. Hunt and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court