November 14, 2006

Honorable Kent A. Jordan
U.S.D.C - Lockbox 10
844 King St., U.S. Courthouse
Wilmington, Delaware 19801

RE: C.A. NO. 04-1417-KAJ

FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Honorable Judge:

I write to you at this time with a sense of urgency. I recieved a letter from you dated November 7, 2006. I'm unable to follow your directions. You have instructed me and the defendants' attorney to confer and jointly call your secretary in reference to a telephone conference concerning dates in the scheduling order.

I have not confered, nor would I know how to confer with their attorney. I have never discussed settlement, voluntary mediation, or binding arbitration.

Points 1-14 are all beyond my understanding, but I think I need a protective order. I'm still not recieving proper treatment, and I'm told my medical records concerning injured are not at this prison.

I'm asking you to please appoint me an attorney.

Respectfully,
Richard C. Hunt
D.C.C #274714

