# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

### CARL C. DANBERG
#### Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

December 7, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

> Re:   **Hunt v. FCM, et al.**
>        **C.A. No. 04-1417-KAJ**

Dear Judge Jordan:

Enclosed please find the parties' proposed Scheduling Order in the above-referenced matter. Undersigned counsel sent Plaintiff Richard Hunt a copy of the proposed order by letter dated November 17, 2006, a copy of which is enclosed. To date, undersigned counsel has not received any comments or revisions from Mr. Hunt.

Should Your Honor require additional information, I am available at the convenience of the Court.

Respectfully,

/s/ Eileen Kelly

Eileen Kelly
Deputy Attorney General

Enclosures

cc:     Richard Hunt (w/enclosures)
        SBI # 274714