In the United States District Court
For the District of Delaware

Richard C. Hunt,
    Plaintiff,

v.

First Correctional Medical
Services, Stan Taylor, and
Raphael Williams,
    Defendants.

C.A. no. 04-1417-KAJ



FILED
DEC 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to postpone telephonic scheduling Conference

Comes now, Richard C. Hunt, Plaintiff, pro se, and moves this Honorable Court to postpone the telephonic scheduling conference set for December 12, 2006 at 4:00 p.m. pursuant to D. Del. LR 16-2. In support of this motion, Plaintiff submits the following:

1. On October 4, 2006, Plaintiff filed a motion for reconsideration of appointment of counsel; Pending.

2. On November 14, 2006, Plaintiff wrote a letter to the Court (Honorable Kent A. Jordan), reference: lack of understanding of proceedings.

3. That the Defendants' attorney, and the

C.A.No.04-1417-KAJ

Page two

Court, continue to send me documents that I do not understand, therefore, I am unable to respond.

4. Plaintiff has not received a notice of entry of appearance for First Correctional Medical Services.

5. Plaintiff need and want an attorney to represent him.

6. Plaintiff objects to the Defendants' proposed scheduling order and cut-off dates.

Wherefore, Plaintiff request a postponement of the telephonic scheduling conference until the Plaintiff has obtained counsel.

Date: Dec. 6, 2006

Richard C. Hunt, Plaintiff
DCC 274714
1181 Paddock rd.
Smyrna, DE 19977

## Certificate of Service

I, <u>Richard C. Hunt, Plaintiff</u>, hereby certify that I have served a true And correct cop(ies) of the attached: <u>Motion to postpone Telephonic scheduling conference</u> upon the following parties/person (s):

TO: <u>Eileen Kelly, Esq.</u>
<u>Deputy Attorney General</u>
<u>820 N. French St.</u>
<u>Wilmington, Delaware</u>
<u>19801</u>

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>5</u> day of <u>December</u>, 200<u>6</u>

I/M Richard C. Hunt
SBI# 274714  UNIT C-Building C/L#4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Lock box 18
844 N. King St.
Wilmington, Delaware 19801