IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1417-*** |
| | : | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **22nd** day of **March, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge has been rescheduled to **Friday, April 20, 2007 at 9:30 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE