IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1417-*** |
| | : | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| RICHARD C. HUNT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-324-*** |
| | : | |
| BRIAN EMIG, | : | |
| | : | |
| Defendant. | : | CONSOLIDATED |

## ORDER

At Wilmington this **23rd** day of **April, 2007**.

A teleconference was held on April 20, 2007 concerning the above captioned matters. As a result of discussions with plaintiff and counsel,

IT IS ORDERED that:

1. Defendants' motions to consolidate (D.I. 31 in 04-1417; D.I. 26 in 06-324) are GRANTED. As a result, the first filed matter, 04-1417 shall operate as the case number for both matters. **NO FURTHER FILINGS SHALL OCCUR IN 06-324**, but the claims and issues of that matter are now consolidated into 04-1417.

      2.  Plaintiff may supplement his motion for appointment of counsel filed on January 9, 2007 (D.I. 32) as directed by the court during the teleconference on or before **Friday, May 11, 2007.**  Should defendants oppose plaintiff's motion for appointment of counsel, their opposition shall be filed on or before **May 29, 2007.**

      3.  Defendant FCM shall file a response to plaintiff's complaint on or before **May 4, 2007.**

      A scheduling order for the consolidated matters will follow under a separate order.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

      /s/ Mary Pat Thynge  
      UNITED STATES MAGISTRATE JUDGE