UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al. | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## 26(a)(1) DISCLOSURES

26(a)(1)(a).   Various First Correctional Medical staff.  Correctional Officer Emig.

26(a)(1)(b).   To date, defendant First Correction Medical Services is not in possession of any items referenced in this subsection.

26(a)(1)(c).   N/A.

26(a)(1)(d).   This defendant is self insured.

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical Services

Dated: April 30, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al. | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *26(a)(1) Disclosures* was served upon the following:

*Via First Class Mail*
Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*Via E-file*
Eileen Kelly, Esquire
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical Services

Dated: April 30, 2007