UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD C. HUNT,            ) | |
| )  | |
| Plaintiff,    ) | C.A. No. 04-1417 *** |
| )  | |
| v.              ) | |
| )  | |
| FIRST CORRECTIONAL MEDICAL    ) | JURY OF 12 DEMANDED |
| SERVICES, et al.               ) | |
| )  | |
| Defendants.    ) | |

**REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF
BY DEFENDANT FIRST CORRECTIONAL MEDICAL**

The defendant requests the plaintiff to produce for examination and copying at the office of the attorney for defendant on or before thirty (30) days from receipt of this Request:

1. All documents referred to in Plaintiff's Answers to Interrogatories filed simultaneously hereto.

2. Copies of all documents which are relevant, in whole or in part, to plaintiff's claims for medical malpractice, Eighth Amendment violations and deliberate indifference.

3. Copies of all documents which are relevant, in whole or in part, to plaintiff's claims of special and general damages (including future lost wages claimed).

4. Please produce your Federal and State income tax returns for the years 1996 through the present.

5. Copies of all bills and receipts evidencing payment of bills for which the plaintiffs seek compensation in this lawsuit.

6. Copies of the curriculum vitae and reports of all experts you intend to call at trial.

                                        **MCCULLOUGH & MCKENTY, P.A.**

                                        /s/ Dana Spring Monzo
                                        Daniel L. McKenty, Del. Bar No. 2689
                                        Dana Spring Monzo, Del Bar No. 4605
                                        1225 N. King Street, Suite 1100
                                        P.O. Box 397
                                        Wilmington, DE 19899-0397
                                        (302) 655-6749
                                        Attorney for Defendant First Correctional Medical

May 7, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al. | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of the attached *Request for Production Directed to Plaintiff by Defendant First Correctional Medical* was served on the following individual:

*Via First Class Mail*
Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*Via Electronic Service*
Eileen Kelly, Esquire
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, Del Bar No. 4605

May 7, 2007