H:\FILES\DAN\Hunt (FCM)\NOD.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | JURY OF 12 DEMANDED |
| SERVICES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:  Richard C. Hunt
     SBI# 274714
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Richard C. Hunt on Thursday, August 9, 2007, at 10:00 a.m., at Delaware Correctional Center, 1181 Paddock Rd., Smyrna, DE 19977.

        **McCULLOUGH & McKENTY, P.A.**

        /s/ Dana Spring Monzo
        Dana Spring Monzo
        1225 N. King Street, Suite 1100
        P.O. Box 397
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorney for Defendant First Correctional Medical Services

Dated:  May 8, 2007
cc:  Mr. Michael Little (via 1-page fax to 302-659-6687)
     Karasch & Associates (via 1-page fax to 610-696-2008)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al. | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Notice of Deposition* was served upon the following:

*Via First Class Mail*
Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*Via Electronic Service*
Eileen Kelly, Esquire
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant First Correctional Medical Services

Dated: May 8, 2007