United States District Court
District of Delaware

Richard C. Hunt,                    )
                                    )    CA. No. 04-1417 *☀*
                                    )
            Plaintiff,              )
                                    )
    V.                              )
                                    )
                                    )
First Correctional Medical,         )    Jury of 12 Demanded
Services, et al.                    )
                                    )
            Defendants.             )

Richard C. Hunt Plaintiff: Answers To
Defendants: First Correctional Medicals first
Set of Interrogatories



FILED

MAY 25 2007

RG scanned

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

① Question

A) Richard Coenelious Hunt

B) N/A

C). 4.3.79/Wilmington General

D) NIA

E) N/A

f) 1181 Paddock Rd Wilm, Del. 19977

G) 222.60.2534

h) 5'4   174 Pds

② Question
High school Mankato Minn, H.B. Dupont middle

③ Question
A)  N/A

B)

C)

D)

E)

f)

G)

④ Question
A)  N/A

B)

C)

⑤ Question
A) Burglery, Kiddnap, Poss with Int R.S.P D.W.L

B) I can't Remember All Dates but Resent Is Sept 22.04
New Castle County Don't have Record on most Charges

C) 3 1/2 years sentence

⑥ Question
A) N/A

B)

C)

D)

⑦ Question
A) N/A  D)   G)

B)    E)

C)    F)

Question
⑧ A) N/A
   B)
   C)
   D)

Question
⑨ A) Sept 17.04 / Howard Young Correctional facility
   B) Accessive force / Broken mandible
   ~~C) Commerated ~~~~ Christiana Hospital~~
   ~~B) Still Pending~~
   C) Brian Emig / Howard Young Correctional facility
   D) Still Pending

Question
⑩ Yes

Question
⑪ Sept 17. 04 — Jaw broken Sept 20. 04 Medical In Prison
   Determine It was broke through X-Ray Oct. 17. 04 Taken
   To Hospital for Another X Ray At Christiana Hospital
   The following Day Oct. 18. 04 I was Taken out to
   Same Hospital for surgery.

Question
⑫ A)
   B) I Don't understand Question?

Question
⑬ Delayed Medical treatment.

Question
⑭ It was known My Jaw was broken and I wasn't
   Treated In A Timely fashion

Question
⑮ Same Answer as first two ↑

Question
⑯ Don't understand Question ?

Question
⑰ Left side of my Jaw line / my "left ~~~~ mandible~~
   A)my/Jaw was broken on The left side toward front
Im still having trouble chewing, Pain still Affects my everyday
Activity

B) MEDICAL STAFF AT 1181 Paddock Rd SMYRNA, De. 19977

C) Difficulty Chewing At times, Jaw still hurt from time To Time, Trouble sleeping Cause of Pain

D) far As Mental State of things its long term I Really Don't Know How long the Pain will Affect ME One Reason I believe it was A broken bone.

8) Medical STAFF AT 1181 Paddock Rd. SMYRNA, De. 19977

F) ~~Keep into office~~ Im Not A Doctor!

G) Medical STAFF AT 1181 Paddock Rd. SMYRNA, De. 19977

(18) A) N/A
B) ↓
C)

(19) A) N/A
B) ↓
C)

(20) I Have No Access To my Medical files So It's Not possible to Answer your Questions?

A)
B)
C)
D)
E)
F) ↓

(21) A) NO
B)
C)
D)
E) ↓

22 (A) N/A
   (B)   ↓
   (C)

23 . N/A

24 (A) I HAVE no Access To medical file to Answer
   (B) The following Questions .
   (C)
   (D)
   (E)
   (F)
   (G)
   (H)

25 (A) N/A
   (B)
   (C)
   (D)
   (E)
   (F)
   (G)
   (H)
   (I)

26 (A)   N/A
   (B)
   (C)
   (D)
   (E)
   (F)
   (G)
   (H)
   (I)

27 N/A

(A) Sept. 14.04 Howard Young Correctional facility
(B) Verbally Ask same Date, filed Grievance same Date
Also Sick Call slip, But was told It wasn't my Jaw
By Nurse. I was told to wait until Doctor come In
2 days later for x-Ray.
(C) I was told That Dr. D'eameko "Orai surgein" Hasn't came
off of Vacation yet so I was told to wait!
(D) I was kept Being told by medical THAT I'll
Be taken out, Just wait until "Orai surgein" gets back
from Vacation.

28

29 (A) I Don't understand Questions?
(B) 1 . 2 3 .

30   NO
(A)
(B)
1.
2.
3.
4.

31 No

32 N/A

33 N/A

34 Sept. 20.04 ___ Oct 14.04 The whole Time

35

(A) Through out Incident And After surgery
Sept M. 04 up until '07 Im still HAVE
Physical Complications As well Mental Health
Issues.

(B) Pain through Jaw Plus it gives Migrains
In head Difficult Chewing At times
Deeply Depress.

(C) Through' out the whole Incident
Also Sept. 18. 04 Spoken To Nurse Again.

(36) N|A

(37) Yes for surgery.

(38)(A) Signed forms of Informed Consent for ORAl
surgery And Anesthesia from The Christiana
Center for ORAl & Maxillofacial surgery P.A.

(B) Christiana hospital In Eugene M. D'Amico M
Office 10.18.04  10:00 ish

(C) ___↑

(D)① Eugene M. D'Amico D.D.S. Christiana Hospital
② Lisa Abrams Witness And Assistant to Doctor (302) 892-1600
D'Amico

(39) (Yes) I Agreed on written documents

(40) C (Yes)

(41) C (NO)

(42) (A) N|A
  (B)
  (C)
  (D)

(43) (A) The 20th of september around 10:20 I was scheduled to go to outside Hospital By Dr. Hernadez.

(B) X-Ray and given Pain Medicine.

(44) (A) Sept 20.04 / Not shore of Time
(B) Howard Young Correctional Justice Facility
(C) Dr. Harnadez H.Y.C.J.F

(45) (A) NO
(B) N/A
1
2
3
4

(46) It's not the treatment that's the problem, It's The Delay In which it was given?

(47) (A) N/A
(B)
(C)
(D)

(48) Nothing was told to me In H.Y.C.J.F Hospital.

(49) (YES) And was told that I'll be fine!

(50) I'll be fine!

(51) (YES) I wanted to Know why It's taking so long for surgery or to be seen by Oral Surgeon

(52) I DON'T UNDERSTAND!

(53) (YES)

(54) Civil Rights 13.4(5)
Deliberate Indifference by Prison officials to the Medical Needs of a Prisoner Can Amount to A Civil Rights Violation 42 U.S.C.A. § 1983

(2) Criminal Law federal supplement
Prison officials have Constitutional duty to Provide Inmates under their Management with Reasonably Adequate food clothing shelter, Sanitation, medical care and Personal saftey so As to Avoid the imposition of Cruel And Unusual Punishment And Inmate settled with special needs

PRISONS(17) Isolated Incidents of medical Malpractice, Carelessness OR Indifference to Inmates medical Needs by Guards OR Administrators, OR Occasional mistakes In processing OR Classifying An Inmate patient, Do Not give Rise To Claims of Constitutional proportion, however A pattern of such occurrences extending Over A period of time or Existence of systematic deficiencies which will inevitably lead to unnecessary pain and distress Constitute proof of deliberate Indifference to medical needs of Inmates U.S.C.A. Const. Amend. (8) (14)

(55) from sept.20. to Oct 18.04 Nothing was Done About broken Jaw That Clearly Shows such deliberate Indifference.

(56) Same Answer As previously state In Question (54)

(57)(A) Delayed Medical Treatment For Month
(B) First Correctional Medical
(C) Delay
(D) sept. 20.04 to Oct. 18.04

(E) Don't Know)

(F) Don't Know

(G) Eugene M. D'Amico   Dr. Hernadez

(h) Documents signed for surgery Also sick call slips

(58) "Yes"

(59) "Yes"

(60) (A) First Correctional Medical

(B) Can't get policy one it At This Time.

(C) Can't get policy on π At This Time.

(D) Can't get policy one π At This Time.

(61) (A) Don't Know

(B) Don't understand

(62) Don't Know)

(63) Don't Know

(64) (A) NO

(B) NO

(C) NO

(D) NO

(65) (A) No one has ask Anything

(B) No one has ask Anything

(C) No one has ask Anything

(66) (A) Sept. 19.04 Photo's was taken of broken Jaw At H.Y.C.J.F

(B) C/O feilds Lt. Queener Are witnesses

(C) H.Y.C.J.F

(D) Don't understand Question!

(E) I have neither Access to them Plus I Never Seen Them since they were Taken.

(67)(Yes)

(A) I was given ~~copies of~~ Medical Copies of me signiare for surgery.

(B) ~~~~ Oct. 18.04 At Christiana Hospital

(C) Eugene M. D'Amico Christiana Hospital Richard Hunt Smyrna Correctional facility

(68) Don't understand Question

(A) N/A
(B) N/A
(C) N/A
(D) N/A

(69) NO

(A) N/A
(B) N/A

1)
2) Don't Know
3)
4)

(70) I'm Not Able to get That Information At this Time.

(A)
(B) N/A
(C)
(D)

(71) (A)
(B) Can't Answer At this Time
(C)
(D)

(42) There Isn't Any Claim one That matter.

(43) (A) Eugene M. D'Amico ~~Doctor~~ ORAl Surgeon
The matter Is lengthly Delays

(B) Don't understand Question

(C) ORAl Surgeon At CHRistiana Hospital

(D) Don't Have At this Time

(E) Don't Have

(44) (Yes) BRiAN Emig Same Number As this CASE
Im RepResenting my self for Now

(45) Im NOT Insurance

(46) (A) N/A

(B) N/A

(C) N/A

(D) N/A

(E) N/A

(F) N/A

(47) NO

(A)
(B)
(C)  N/A
(D)
(E)
(F)
(G)

ANSWER

(78) Im NOT SURE/Don't Know

(79) Don't Know Anything About That!

(80) I don't Know Anything About THAT!
(A) TO ANSWER Question

(81) Don't Know Nothing About THAT!
(A)
(B) N/A
(C)

(82) (A) BRAISES TO WIRE JAW
(B) Don't Know Anything Else
(C)
(D)
(E)
(F)
(G)

(83) Constant Pain In mouth
Also BAd Tooth ACHES

(84) Trouble Sleeping, Eating JusT doing basic

(85) EVERydAy Actwities / BAd qum diseAse
WAS told By DoctoR EugENE m.D'Amico I mAy NEed
more SuegERy.

(86) NO I hAvEn't file 6R InsuRANce

(87) (A) N/A
(B) N/A
(C) N/A
(D) mAy HAvE to HAvE moRE SuRgERy
(E) N/A

(88) I Don't Know How much it mAy cost foR futuRE
SuRgERy or TREAtment

(89) ~~Cannot~~
Don't Know

Question

(90) (A) (B) N/A (C) (D)

Question

(91) I have file every Grievance possible went to every hearing and was Denied Appeals I took the nessesary steps to find out why I was Delayed In getting treatment for broken Jaw.

Question

(92) Richard C Hunt I use all Information I have or knowledge To Answer these Question Even without documents I don't have Access To!

_Richard C. Hunt_ #274714

Richard C. Hunt Inmate
SBI No.: 274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, De. 19977

May 18. 2007

I/M Richard C Hunt Sw - C #26

SB1# 274714   UNIT _____

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570