OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

May 29, 2007

TO: Richard C. Hunt  
SBI#274714  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

RE: **Plaintiff's Answers to Defendent's 1st Set of Int. Civ. No. 04-1417 \*\*\***

Dear Mr. Hunt:

The document you presented to the court for filing on 5/25/07 in the above noted case does not form to one or more of the following: Federal Rule of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.

Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.

Sincerely,

/rpg

PETER T. DALLEO  
CLERK

cc: Vacant Judgeship