## Certificate of Service

I, _Richard C. Hunt_, hereby certify that I have served a true And correct cop(ies) of the attached: _First Correctional Medical's first set of Interrogatories / Answers /_ upon the following parties/person (s):

TO: _Office of the Clerk_
_United States District Court_
_844 N. King Street, Lockbox 18_
_Wilmington, DE. 19801-3570_

TO: _/s/ Eileen Kelly_
_Deputy Attorney General_
_Department of Justice_
_820 N. French St., 6th floor_
_Wilmington, DE. 19801_

TO: _McCullough & McKenty, PA_
_1225 N. King Street_
_Suite 1100_
_P.O. Box 397_
_Wilmington, DE. 19899-0397_

TO: _____

FILED
JUN -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scan

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _3rd_ day of _June_, 200_7_

_Richard Hunt_

Richard C. Hunt
#274714  DW- C#26
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570