UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical Services.

McCULLOUGH & McKENTY, P.A.                McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo                              /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*     Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                                    Legal Arts Building
1225 King Street, Suite 1100                     1225 King Street, Suite 1100
P.O. Box 397                                              P.O. Box 397
Wilmington, DE 19899-0397                    Wilmington, DE 19899-0397
302-655-6749                                              302-655-6749
Attorney for Defendant                              Attorney for Defendant
First Correctional Medical Services          First Correctional Medical Services

Dated: June 11, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals:

*Via First Class Mail*
Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*Via Electronic Service*
Eileen Kelly, Esquire
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007