UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al. | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF DEPOSITION**

TO:  Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Richard C. Hunt on Friday, October 5, 2007, at 10:00 a.m., at Delaware Correctional Center, 1181 Paddock Rd., Smyrna, DE 19977.

HECKLER & FRABIZZIO

/s/ Gerald J. Hager
Gerald J. Hager B*ar I.D. 4097*
800 Delaware Ave, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Attorney for Defendant First Correctional Medical Services

Dated: September 6, 2007
cc:   Mr. Michael Little (via 1-page fax to 302-659-6687)
      Karasch & Associates (via 1-page fax to 610-696-2008)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1417 *** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al. | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Gerald J. Hager, hereby certify that on this date a copy of the attached *Notice of Deposition* was served upon the following:

*Via First Class Mail*
Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*Via Electronic Service*
Eileen Kelly, Esquire
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

**HECKLER & FRABIZZIO**

/s/ Gerald J. Hager
Gerald J. Hager
800 Delaware Ave. Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Attorney for Defendant First Correctional Medical Services

Dated: September 6, 2007
361436