IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD C. HUNT,
    Plaintiff,

v.

FIRST CORRECTIONAL MEDICAL
SERVICES, ET AL.,
    Defendants,

C.A. NO. 04-1417-***

JURY OF 12 DEMANDED

FILED SEP 17 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD Scanned

ANSWERS TO STATES DEFENDANTS' FIRST SET of INTERROGATORIES DIRECTED to PLAINTIFF.

① With Respect to each and every claim in your complaint:

(A) My testimony, witnesses testimony, sickcall slips, medical information from Hospital.

(B) Accessive force, staff brutality, cruel and unusual punishment.

(C) Plaintiff Richard C. Hunt, Witnesses/ Leroy McKenzie, Haywood Johnson, Robert Garrett, Brian Garrett, Stephan Mason, Norman Reed, Cristian DeJesus, Diane Hernandez Doctor, Dr. D'Amico Oral Surgeon, Carmen Davis Nurse

(D) Sickcall slips, Grievances, Written Statement from Witness, Copies of Surgery Incident Reports.

②. Sickcall slips, Grievances, written statement from witness, copies of surgery incident reports.

③ See Question ① Answers (C)

④ Plaintiff, Leroy McKenzie, Haywood Johnson, Robert Garrett, Brian Garrett, Stephan Mason, Norman Reed, Cristian DeJesus

5) Surgery Reports I had to fill out for to have jaw wired shut. Medical Information stating jaw was infact broken. Medication Perscriptions Reports.

6) DR. DIANE HERENDEZ: Took X-Ray and Determained Jaw was broken. Plus placed me in Prison Infirmary on liquid Diet.
   DR. D'AMICO: Oral surgeon who performed surgery. Also works at Christiana Hospital. / They will show that Jaw was broken, Dr. D'Amico will Testify that he wasn't inform of nothing. Plus I may need more surgery.
   Nurse, Gina Davis: Will Testify Jaw was swollen, also that I told he that Defendant Brian Emig assulted me.

7) (A) Richard Cornelius Hunt / Rich / Hunt ect.
   (B) 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
   (C) April, 3, 1979
   (D) Wilmington, General = Wilmington, Delaware.
   (E) grade, 8

8) Kiddynapping  Supior Court New Castle County   Sentence Date
   RSP          10 yrs level N suspended for 1 yr. Program  Can't Remember
   Poss w/I  →  6 months level 4 Work-Release  →  Can't Remember
   Clim Infers → Plea
   Poss of Deadly Weapon
   Man Distribution — 5 yrs suspended for Key Program: Sept. 22. 04
                      must serve 5 yrs then Enter Key Program

9) Never had Employment!

10) Never In Armed Forces!

11) Never were a Party to Any other Lawsuit!

12) D.O.C Hospital / Christiana Hospital / Kent County Hospital / Crozer Hospital / Saint Frances Hosp.

DOC Hospital/ I was seen for broken jaw September 20.04
Dr. Daine Hernadez seen for bullet in buttocks/ can't remember
Nurse/ Davis/C seen scrapped knee/ Sept. 1. 04
R. Nurse/ Diane

Haven't seen file so I can't give exact dates for every time I went, but only dates for law suit. Most names I do not know!

Christiana Hospital: I was wired shut for broken jaw by Dr. D'Amico and given Tylonal 3 / left mandibal / Oct. 18. 04

Kent County Hospital: left Emergency Room wrist Hair fracture July 14. 06

Saint Frances Hospital: Emergency Room Cut left pointer finger July. 26. 04

Crozer Hospital: Emergency Room Gun shot to right thigh and gash to right side of ear. Don't know Doctor at either Hospital except Christiana Hospital.

(13) See Question (12) for Answers!

(14) I recieve a fratuke to left madible of my Jaw.

(15) the wiring of my Jaw / pain medications.

(16) (A) Yes, if I stand correctly on your Question.
(B) Sept. 17. 04, Sept. 18. 04, Sept. 20. 04 through sick call slips plus spoken to Nurse who I seen prior to incidents for medication for my scrapped knee.

(17) Yes, I filed grievance on Sept. 17. 04 M.P.C.J.F Grievance Board with Ms. Sgt. Moody who responded it wasn't a grievable.

(18) $200.000. for possible future surgery, pain and suffering and to return me back to condition prior to the injury!

(19) No I havent!

20) I'm not shore how to answer this question? I have witness statement, also names of witnesses that signed name as witness to statement made by Plaintiff. Leroy McKenzie 1181 Paddock Road DCC Smyrna, De. Sept. 17, 04 statment was made on paper aswell spoken to Internal Affairs at M.P.C.JF. and was Recorded

21) See Question 1 answer C(s) and last known Address is M.P.C.J.F.

Richard C. Hunt #274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977
(19) Building A Tier Lower #4

Date: Sept. 8, 2007

## Certificate of Service

I, Richard C. Hunt, hereby certify that I have served a true And correct cop(ies) of the attached: Answers to States Defendants' First Set of Interrogatories Directed to Plaintiff upon the following parties/person (s):

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware. 19801-3570

TO: Eileen Kelly (I.D. 2884
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE. 19801

TO: Heckler & Frabizzio
Gerald J. Hager (I.D. 4097
800 Delaware Ave, Suite 200
P.O. Box 128
Wilmington, Delaware 19899-0128

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 8th day of September, 2007

Richard Hunt



I/M RICHARD C. HUNT
SBI# 274714 UNIT 19 A #4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3540