**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1417-*** |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Catherine Damavandi on behalf of State Defendants Stanley Taylor, Raphael Williams and Brian Emig. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                                                        **STATE OF DELAWARE**
                                                                                        **DEPARTMENT OF JUSTICE**

                                                                                        /s/ Catherine Damavandi
                                                                                        Catherine Damavandi, I.D. 3823
                                                                                       Deputy Attorney General
                                                                                       Carvel State Office Building
                                                                                       820 North French Street, 6th Floor
                                                                                       Wilmington, Delaware 19801
                                                                                       (302) 577-8400
                                                                                       catherine.damavandi@state.de.us
Date: October 2, 2007                          Attorney for State Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF, which will send notification to Daniel L. McKenty, Esquire. I hereby certify that on October 2, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Richard C. Hunt.

/s/ Catherine Damavandi
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
catherine.damavandi@state.de.us