

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

October 2, 2007

The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    **Hunt v. FCM, et al.**
            **C.A. No. 04-1417-\*\*\***

Dear Judge Thynge:

    Please accept this as the Joint Status Report of Defendant First Correctional Medical and State Defendants Stanley Taylor, Raphael Williams and Brian Emig. The matter is scheduled for a teleconference with Your Honor on October 9, 2007 at 9:00 a.m.

    The parties have exchanged discovery. While Mr. Hunt's deposition is currently scheduled for October 5, 2007, due to a scheduling conflict, Defendants plan to depose Mr. Hunt on October 18. The discovery cut-off is November 1, 2007 and dispositive motions are due December 3, 2007.

    Defendants have nothing further to report to the Court other than what is set forth in this letter.

    Should Your Honor require additional information, undersigned counsel is available at the convenience of the Court.

    Respectfully,

    /s/ Eileen Kelly

    Eileen Kelly
    Deputy Attorney General

cc:    Daniel L. McKenty, Esquire
        Gerald J. Hager, Esquire
        Attorneys for FCM

        Richard Hunt
        SBI # 274714