UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RICHARD C. HUNT,

    Plaintiff,

   v.

FIRST CORRECTIONAL MEDICAL
SERVICES, et al.

    Defendants.

)
)
)
)
)
)
)
)
)
)

C.A. No. 04-1417 ***

JURY OF 12 DEMANDED

## RE-NOTICE OF DEPOSITION

TO: Richard C. Hunt
   SBI# 274714
   Delaware Correctional Center
   1181 Paddock Rd.
   Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral

deposition of Richard C. Hunt on Thursday, October 18, 2007, at 10:00 a.m., at Delaware

Correctional Center, 1181 Paddock Rd., Smyrna, DE 19977.

        **HECKLER & FRABIZZIO**


        /s/ Gerald J. Hager
        Gerald J. Hager B*ar I.D. 4097*
        800 Delaware Ave, Suite 200
        P.O. Box 128
        Wilmington, DE 19899-0128
        (302) 573-4800
        Attorney for Defendant First Correctional
        Medical Services

Dated: October 3, 2007
cc: Mr. Michael Little (via 1-page fax to 302-659-6687)
   Karasch & Associates (via 1-page fax to 610-696-2008)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RICHARD C. HUNT,           )
           )
     Plaintiff,     )   C.A. No. 04-1417 ***
           )
   v.       )
           )
FIRST CORRECTIONAL MEDICAL  )   JURY OF 12 DEMANDED
SERVICES, et al.     )
           )
    Defendants.  )

**CERTIFICATE OF SERVICE**

I, Gerald J. Hager, hereby certify that on this date a copy of the attached *Notice of Deposition* was served upon the following:

*Via First Class Mail*
Richard C. Hunt
SBI# 274714
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*Via Electronic Service*
Eileen Kelly, Esquire
Department of Justice
820 N. French St., 6th Fl.
Wilmington, DE 19801

**HECKLER & FRABIZZIO**

/s/ Gerald J. Hager
Gerald J. Hager
800 Delaware Ave. Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Attorney for Defendant First Correctional Medical Services

Dated: October 3, 2007
File No. 17860/365012