

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

October 19, 2007

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

> *Re:*  *Hunt v. FCM, et al.*
> *C.A. No. 04-1417-\*\*\**

Dear Clerk of Court:

Please allow this letter to serve as my withdrawal as counsel for the Defendants Raphael Williams, Stanley Taylor and Brian Emig ("Defendants") in the above-captioned case. Pursuant to Local Rule 83.7, Catherine Damavandi, DAG will remain as the attorney of record for Defendants. I also request that my name be removed from electronic filing notification.

Very truly yours,

/s/ Eileen Kelly

Deputy Attorney General

cc:    Richard C. Hunt
       SBI No. 274714

       Catherine Damavandi, Esquire (by electronic filing)

       Daniel L. McKenty, Esquire (by electronic filing)