United States District Court Of Delaware In and Newcastle County, State Of Delaware

Richard C. Hunt
Petitioner

v

Commissioner of Corr. Stan Taylor

Warden Rapheal Williams

First Corr. Medical
Defendants

CA 04-1417 xxx


FILED
OCT 2 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Temporary Restraining Order

Comes now petitioner Richard C. Hunt Persuing to Federal rules and Regulations and moves for this court to issue a order compaling the defendants to provide Immediate medical attention as Indicated Here in.

Richard C. Hunt
Petitioner
10.11.04
Date

1a

United States District Court District of Delaware In and Newcastle County State of Delaware

Richard C. Hunt
Petitioner

v.

Commissioner of Cor. Stan Taylor
Warden Rapheal Williams
First Corr. Medical
Defendants

Temporary Restraining Order

It is ordered
On this day ——— of Oct. 2004

Is ordered that defendants as of the above date provide and comply with the following within 7 days.

1. Have the petitioner taken to the nearest hospital for medical care
2. Such care is to be documented and the results of medical care and documentation is to be provided to petitioner and this court within time stated.

The Honorable ———
The United States District Court
Lock Box 18
844 N. King Street
Wilmington, Delaware 19801

1b

**Delaware Center for Justice**
100 West 10th Street, Suite 905
Wilmington, DE 19801

### Adult Offender Services Program

Date: January 21, 2005

Richard Hunt # 274714
Howard R. Young Correctional Inst.
P.O. Box #9561
Wilmington, DE 19809

Dear Mr. Hunt:

This is to acknowledge receipt of your letter. After careful review of your letter, the following decision has been reached:

☐ We do not deal with the issue(s) in your letter

☐ We advise you to contact your institutional medical provider

☐ Provide additional information on the matter for follow up

☐ Contact your Counselor at the institution for help and guidance

☐ We will contact you upon further investigation and follow up

☐ File a grievance using the internal 4.4 Grievance Procedure

☐ Requested information enclosed

☒ **Other: After reviewing your case it is apparent that DCJ will not be able to address your concerns of why treatment was delayed. However, it is my intent to monitor your current grievance (BGO level) to ensure it is in accordance with the 4.4 grievance policy and procedures.**

Thank you for your interest in our agency.

Sincerely,

*Nikita Y. Robins*
Nikita Y. Robins
*Case Manager, Adult Offender Services*

17

## Certificate of Service

I, Richard Hunt, hereby certify that I have served a true and correct cop(ies) of the attached: Productions of Documents And things to Defendants upon the following parties/person (s):

TO: Catherine Damavandi
Deputy Attorney General
Carvel State office building
820 North French Street 6th floor
Wilmington, DE. 19801

TO: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

TO: Gerald Hager
Heckler & Frabizzio
800 Delaware Avenue
Suite 200
P.O. Box 128
Wilmington, DE. 19899

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 22 day of October, 2007

Richard Hunt

ICHARD HUNT
274714  UNIT 19 A L#4
/ARE CORRECTIONAL CENTER
DDOCK ROAD
IA, DELAWARE 19977



LEGAL MAIL



Office of the Clerk

United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

LEGAL MAIL