CA 04-1417

My Medical Record of Ca

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 29  PM 3: 42

Fri.  September 17          D'Angelo
Time  9:50
      10:00  Jaw Was Broken.  From 17 till 20 I Was Told it
Sat.  Sept. 18  didn't  Eat cause I couldn't  Was I affested tooth Nurse made
      chew  I was Iold couldn't See Anyone till Monday
                    Medical assessment of my Problem
Sun,  Sept. 19  Nurse/1.  2.  ✓ Put Ice on it  I ask For Ice No I Had to Wait until
                              which there i won't/any noon
Mon.  Sept. 20  Notify Lt. Queener / Took pictures / Per Doctor/Nurse
                    Sgt. Fredway C/O Field's Female
(Iena) aponin  Had X-rays Token  Conclusion Broken to Left Jaw.  Now Liquid
Assesment          also a  diet
      From the 20th of September till to date / NO Action
      Taken / Iena
          Meaning Jaw hasn't Been Wired
Sept.  1. Housed In Infirmary By Doctor Diane Hernandez
21. Tue  2. Nurse Iena stated in Her own Words she
22. Wed  didn't need oral Surgeon To see that my Jaw
23. Thu.  Was Fractured SO she scheduled me to
24. Fri  See a outside oral Surgeon on the 20th of
25. Sat.  Sept. 28. Sat in Infirmary From 20 till 28
26. Sun  Sept. 29 Wed.  Waiting To Be seen By Dr. Deameko To Go Him Being on vacation I was
                    Told to wait until until He's Back From Vacation!
27. Mun.  I was Seen By a dentist But He stated it was
28. Tue  Fractured and If He Had permission From
      Dr. Deameko He would Wire my Jaw or proper
      medical Equipment He'll Wire But He stated He
      needs the OK From Dr. Deameko who was still on
      Vacation. I'll remain on Liquid diet.

      Sept. 30
Fri  Oct  1  I ask Ella about  5. Tue  9. Sat  13 Weds.
                Going To Hospital                    schequled But can't say when
              she stated Jenny  Dr. Fish stated the
Sat  Oct  2  Jaw was Broken  6.  wed  10. Sun  14  I'll Be going out But due To Dr. Deameko coming
              early I'm not able                  Back From vacation no Dr. Fish stated it's up
              of set To Hospital                  Times  To Dr. Deameko Schequle.
Sun  Oct  3  7. Thur  11. Mon  Dr. Diane said she can not do Another one
mon  Oct  4  Ellas schequle  8.  Fri  12. Tues  Consultation I was Aproved to go out it's Not anger
              To go to Hospital                  up To them it's a Security Issue Now I'll Have to
              could not through                  wait

Oct. 15. Ms. Diane Herendez said she believes I haven't been getting my Dietray she doesn't have primmission to
Friday reffill my medication. I ask Dr. Arambro
He Stated that I was schedule to be seen Oct. 4 at
that Monday But through to security I wasn't taker.
out to get my Jaw wired.

FIRST ONE The WEEK of the 20th I was scheduled to go out
SECOND ONE BY DIANE N.
Consultation was scheduled By Dr Diane Herendez
NEXT WEEK Dr. Arambro Checked with Dr. Diane Herendez
and He Stated I'll Be going out next week He can't
Tell me exact date But in the week of Oct 15 through

SAT. OCT. 16
SUN. OCT. 17 this day marking 30 days of Having Fractured Jaw and
No medical attention.
MON. OCT 18 I was Taken to Christiana Hospital to see Dr. Eugene M. D'amico. I Had A Nother
X-ray Taken Filled out papers it was determined it was Broken Again Oct 18. D.M.
I informed Dr. D'amico About way it took so long to Get me to the Hospital He said
He was Never Informed Or Called About my situation I was Kept on Liquid diet
And given pinasillion per D'Damico and signed papers for surgury And Dr. D'amico
said I'll Be out For surgury sometime This week.

TUES. OCT. 19
Weds. OCT 20 Dr. Diane Came with grieven's about me recieving medical
Treatment and why It's Been so Long that I Haven't recieved Medical
Treatment I did Not SIGN OFF ON Grieven's Today marking
30 day I've Been In The Infirmary on Liquid Diet and House Here
Still without medical Treatment 30 days
THurs. OCT. 21

10/2/2004  INF
Hunt, Richard
FULL LIQUID
No Snack

Thurs. OCT. 21 04    9:50 am

Lt. Steels informed me that I was allow to press

charges it's a Doc's decision and He also stated "

go Lay down and scrub my cell mates feet or something

~~Even~~ Still Hasn't went to the Hospital to get my jaw wired

Fri. Oct 22. 04   around 11:35

I was taken for surgery to get my jaws wired

Shut and I'll recieve a follow up in a couple

weeks. I was puscrib tulonol 3 with coden every 4h

OT. Oct 23. I'm recieveng my pain meds but not as

Sun. Oct 24. Perscribe when I ask for it I'm being

Mon. Oct 25. told to wait "I'm busy" or you need

Tues. Oct 26. to wait for everyone else so they could

Get everyone at the same time.

Wed. Oct 27.

Thurs. Oct 28. I was told by R.N. Jeremy I was weights the 13th of

Fri. Oct 29. Sept. 04 171 lbs. now on Oct 28 my wiegh was I weighed 161 lbs.

Sat. Oct 30

Sun. Oct 31

Mon Nov 1. I ask Mr. Diane A for Medical Attention for Bruises on my Gum

Tues Nov 2 she stated to me to "fill out a sick call slip" Why If I'm in the INF.? went to see inside dentist about core red Gums I was given mouth

Weds Nov. 3 was told that D'amiso was on vacation for 2 weeks & wean the

Thurs. Nov ~~4~~    Fri Nov 12  Sat. Nov 20

Fri Nov 5    Sat Nov 13  Complaining About Pain No Attention

Sat. Nov 6    Sun Nov 14

Sun Nov 7    Mon Nov 15

Mon. Nov 8    Tue Nov 16

Tue. Nov 9    Wed Nov 17 See Oral Surgeon Dentist He frighton my chin weight was. 1 42 lbs.

Wed. Nov 10  went to D'amikos offices come back in 2 weeks   Thurs Nov 18 making my Gum Hurt Plus tooth Aches no medicine Char

Thur Nov 11    Fri Nov 19

NOV. 21 Sun.

NOV. 22 MON

NOV. 23 TUES.  Seen Dentist Complain That I'm still recieving tooth aches from Dentist tightening braces said He was going to Loosen them

NOV. 24 Wed

NOV. 25 Thurs.

NOV. 26 Friday

NOV. 27 SAT

NOV. 28 SUN.

NOV. 29 MON  Seen Dentist  Nothing!!

NOV. 30 TUE

DEC. 1 Wed

DEC. 2 Thurs.

DEC. 3 Friday

DEC. 4 Sat.

DEC. 5 SUN.

DEC. 6 MON. went to look my mouth was Wired suppost to go back and get the whole thing took out

DEC. 7. TUES.

DEC. 8 Wed.        DEC 17        DEC. 26

DEC. 9 Thurs.      DEC. 18       DEC. 27

DEC. 10 Friday     DEC 19        DEC. 28

DEC. 11 SAT.       DEC 20        DEC. 29

DEC. 12 SUN        DEC 21        DEC. 30

DEC. 13 MON        DEC 22        DEC 31

DEC. 14 TUES       DEC 23

DEC. 15 Wed        DEC 24

DEC. 16 THurs.     DEC 25



FIRST
CORRECTIONAL
MEDICAL

# HEALTH CARE REQUEST FORM
(PETICION PARA TRATAMIENTO MEDICO)

**PART A:** (To be completed by inmate)                                                        **DATE:** _9/17/.04_
(PARTE A: Completado por preso)                                                                  (Fecha)

**Inmate's Name** _Richard Hunt_                                    **Number:** _274714_
(Nombre de preso)                                                       (Numbero)
**Work Assignment:** _____                   **Work Hours:** _____   **Housing Unit:** _24 1_
(Trabajo)                                          (Horas de trabajo)        (Dorma)
**Reason for Medical Appointment:** _I was punched right C/O I think my_
(Razon para tratamiento medico) _____ _broke this part of my tooth_
_Is in my gum_
**How long have you had this problem?**   **Hours:** _about 10.00_   **Days:** _9/17/04_
(Cuanto tiempo tienes con este problema?)   (Horas)                    (Dias)

**PART B:** (To be completed by medical personnel – DO NOT WRITE BELOW THIS LINE
(Parte B: Completado por personal medico – No escribas debajo de esta linea)

**Medical Reply:** _____
_____
_____
_____
_____

**Medical Staff Member's Signature**                                           **Date**

MR-1024

**FORM   #585**

**MEDICAL GRIEVANCE**

FACILITY: HYCSF

INMATE'S NAME: Richard Hunt

HOUSING UNIT: (INF) 205

DATE SUBMITTED: 9.29.04

SBI#: 274414

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

C/o Emiq Broke my Jaw of 9-17-04
I came to the Infirmary on 9-20-04 and they X-Rayed
It and it was broken. they let me see the orol surgen
on 9-29-04 But they letting my Jaw set out of place.
they said that the doctor wouldn't be back until the
First week of October.

GRIEVANT'S SIGNATURE: Richard Hunt          DATE: 9/29/04

ACTION REQUESTED BY GRIEVANT: I want my Jaw Fixed.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## FORM #585

## MEDICAL GRIEVANCE

FACILITY:_____

INMATE'S NAME: RiChard C. Hunt

HOUSING UNIT: INF 205

DATE SUBMITTED: 10.8 ON

SBI#: 274714

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10.8.ON

TYPE OF MEDICAL PROBLEM:

I need medical attention? and I'm not recieving it
this is violating my Constitutional rights. I'm being
made to suffer for no Just reason.

GRIEVANT'S SIGNATURE: Richard Hunt    DATE: 10|8|0N

ACTION REQUESTED BY GRIEVANT: I request to Be taking to a outside
Hospital ASAP.

DATE RECEIVED BY MEDICAL UNIT:_____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:            Richard Hunt                    Inf.

FROM:          Sgt. M. Moody, Inmate Grievance Chair

DATE:          10-19-04

RE:            MEDICAL GRIEVANCE # 04 - 7735

Please be advised that your medical grievance has been received in the office

of the Grievance Chair. In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis. Thank you for your patience.

**HRYCI Howard R. Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** | : HRYCI |
| **Grievance #** : 7735 | **Grievance Date** : 10/08/2004 | **Category** | : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/08/2004 | **Incident Time :** | |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I need medical attention and I'm not receiving it. This is violating my constitutional rights I'm being made to suffer for no just reason.

**Remedy Requested** : I request to be taken to a outside hospital asap.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES      **Date Received by Medical Unit :** 10/15/2004

**Investigation Sent :** 10/15/2004      **Investigation Sent To** : Fish, Irwin

**Grievance Amount :**

15

1301 E. 12th Street
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI# :** 00274714 | **Institution :** HRYCI | |
| **Grievance #** : 7735 | **Grievance Date :** 10/08/2004 | **Category :** Individual | |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 10/08/2004 | **Incident Time :** | |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Fish, Irwin                                  **Date of Report** 10/15/2004

**Investigation Report :** Hernandez// I/M was seen by the oral surgeon on two occations and still refusses to sign off on the grievence.

**Reason for Referring:**

Offender's Signature:_____

Date                     :_____

Witness (Officer)    :_____

_
Case 1:04-cv-01417-GMS Howard R Young Correctional Institution Document 61-2 Filed 10/28/2007 Page 11 of 21 Date: 01/19/2005

1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : HRYCI |
| **Grievance #** : 7735 | **Grievance Date** : 10/08/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/08/2004 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | |

### MGC

**Date Received :** 10/25/2004          **Date of Recommendation:** 01/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Fish, Irwin | |
| Staff | | Jovin, Jeremy | |
| Staff | | Kerkula, Barnabas | |
| Staff | | Breton, Monique | Deny |
| Staff | | Cerisier, Danivia | Deny |
| Staff | | Gallier, Denise | Deny |
| Staff | | Harris, Diane | Deny |

### VOTE COUNT

| Uphold : 0 | Deny : 4 | Abstain :0 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

10-26-04 Medical Grievance Committee Hearing

*Note Rose Swift, Delaware Technical & Community College Student Nurse Present. I/M Hunt did not object to her presence.

This grievance will be rescheduled. Mr. Fish and Jeremy Jovin, RN treated I/M Hunt. Therefore, in accordance with the Inmate Grievance Procedure 4.4., cannot have a part in the resolution of this grievance.

MGC re-convened 1-18-05

The Committee recommends that the grievance be denied. Proper treatment has been provided. Oral Surgeon, Dr. D'Amico has discharged I/M Hunt from his care. Also note that I/M Hunt said that he did not want to sign-off on the grievance because he is pursuing other things.

I/M Hunt wants to appeal.

**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : HRYCI | |
| **Grievance #** : 7735 | **Grievance Date** : 10/08/2004 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/08/2004 | **Incident Time :** | |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | | |

## APPEAL REQUEST

Appeal submitted by Richard Hunt, 274714-dated 1-20-05 Due to the lengthy unreasonable delay, that stopped me from receiving medical treatment. I refuse to sign off because I want to be informed what exactly was a specific reason for the delay. In order for me to be aware of what I need to do to prevent the same thing for happening in the future. If and when I may need emergency medical treatment. Richard Hunt

## REMEDY REQUEST

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

April 14, 2005

Inmate HUNT RICHARD C
SBI # 00274714
HRYCI Howard R.Young Correctional Institution
WILMINGTON DE, 19809

Dear RICHARD HUNT:

We have reviewed your Grievance Case # 7735 dated 10/08/2004.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

19

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : DCC |
| **Grievance #** : 50865 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 23, Lower, Tier A, Cell 2, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I'm having problems with my jaw that was broken before. It showed no signs of current injury on x-ray bit I'm still having great pain in the area. I was charged $4. for a reoccurring problem. Also there's no paper showing that I received any injury at all in my file. I would like something to be done about this.

**Remedy Requested** : I would like for my Jaw to be looked at. Also want to know why I was charged for a reoccurring problem and to know also why there's no medical information on my broken jaw or treatment?

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/06/2006 |
| **Investigation Sent** : 07/06/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

Page 1 of 2

27

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 07/06/2006

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | | |
|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : DCC |
| **Grievance #** : 50865 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 23, Lower, Tier A, Cell 2, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Rodweller, Deborah            **Date of Report** 07/06/2006

**Investigation Report :**

**Reason for Referring:**


**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 09/29/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : DCC | |
| **Grievance #** : 50865 | **Grievance Date** : 06/08/2006 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg C, Tier C, Cell R7, Top | | |

### MGC

**Date Received :** 09/14/2006          **Date of Recommendation:** 09/29/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | Heddinger, Brenda | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing Held 9/28/2006.
Deny: Put in sick call if jaw continues to cause discomfort.


Inmate verbally informed of MGC Decision and appeal form was supplied.
Appeal due 10/5/2006.

3)

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** | : 00274714 | **Institution** | : DCC |
| **Grievance #** : 50865 | **Grievance Date** : 06/08/2006 | | **Category** | : Individual |
| **Status** : Unresolved | **Resolution Status :** | | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg C, Tier C, Cell R7, Top | | | |

| APPEAL REQUEST |
|---|

Appeal arrived 10/9/2006. Appeal accepted, Cpl Merson did not collect grievances/appeals due to being out on leave.
Appeal states: I was told to just put in another sick call form for the same reoccurring problem with my jaw. There wasn't anything stating that my jaw was even broken in my file. I haven't still gotten any answer on that matter! I feel it's not right to keep charging me for the same issues I have been dealing with for the past 2 yrs. I'm beening told Howard Young Correctional hasn't sent my medical file here, but I have been here in DCC since Feb 23. 05. I feels though I should have to file another sick call or be charged for the same problem over and over. If I need to show my own medical paper I will upon request.

| REMEDY REQUEST |
|---|

33

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

~~December 29, 2006~~
~~March 30, 2007~~

D/w, C -26

Inmate HUNT RICHARD C
SBI # 00274714
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear RICHARD HUNT:

We have reviewed your Grievance Case # 50865 dated 06/08/2006.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*         *Richard Hunt, 274714*
              *Infirmary*

*FROM:*       *Warden Raphael Williams*

*DATE:*       *October 20, 2004*

*SUBJ:*       **YOUR RECENT CORRESPONDENCE**

        *Your recent correspondence, to this office, has been forwarded to Captain Carol Jefferson for any action or response deemed appropriate; however, recreation occurs has staffing permits.*

*RW:ad*

**DISTRIBUTION**

*Captain Carol Jefferson*
*File*

EX A, B,

12

**FORM  #584**

**GRIEVANCE FORM**

**FACILITY:** D.C.C

**GRIEVANT'S NAME:** Richard Hunt

**CASE#:**

**HOUSING UNIT:** 19  1-W#3

**DATE:** April 20. 05

**SBI#:** 274714

**TIME OF INCIDENT:** 8:20 pm

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED. IN THE INCIDENT OR ANY WITNESSES. This is the second grievance I have put in Concerning my paper work thats been taken away from me. I havent heard anything about the first one that was filed Febuary 30. 05  7 days After I was transfered from Howard Young Correctional facility. Hendricks V Coughlin 114 F.3d 390 2nd Cir. Grievance Clearly protected by federal Constitution  This is my second grievance on this issues of staff (D.C.C.) losing documents paper work that would help my Civil Case. The first grievance was never heard. This undermines proceedings which violates my due process to A proper hearing for staff to lose paper work would be unduly prejudice. The state is Not Capable of impartially Investigating itself.

ACTION REQUESTED BY GRIEVANT: I would like this situation delt within in a professional manner.

**GRIEVANT'S SIGNATURE:** Richard Hunt

**DATE:** 4/20/05

**WAS AN INFORMAL RESOLUTION ACCEPTED?** _____(YES)  _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:**_____  **DATE:**_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: **INSTITUTION FILE**
    **GRIEVANT**

**April '97 REV**

20





ICHARD HUNT
274714   UNIT 19  A L #4

/ARE CORRECTIONAL CENTER
DDOCK ROAD
A, DELAWARE 19977

LEGAI MAIL

Office of the Clerk

United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

LEGAI MAIL