IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD C. HUNT )
)
Plaintiff, )
)
v. )   CA No. 04-1417-***
)
FIRST CORRECTIONAL MEDICAL )   JURY OF 12 DEMANDED
SERVICES, ET AL., )
)
Defendants. )

### PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO DEFENDANTS.

Plaintiff Reciprocal Discovery Request, Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, I hereby serve on (Defendants)("States") and First Corr. Medical Services, the following Request for Production of Documents and things Also Reciprocal Discovery Request..

A.

1) An opportunity to inspect and copy or photograph any book(s), papers, documents, tangible objects, or copys or portions thereof, which are within the possession, custody or control of the Defendants. Which Defendants intends to introduce as evidence in chief at the trial, or which were prepared by a witness whom the Defendants intends to call at the trial when results or reports relate to that witness' testimony.

2) Disclosure of any evidence the Defendants may present at trial under Rules 702, 703, or 705 of the Delaware uniform Rules of Evidence and Fed. Evidence Procedures including, the identity of witness and the substance

of the opinions to be expressed.

REQUESTS FOR PRODUCTION

B.

1) Plaintiff "Medical Record" from Sept. 1. 04 to Feb 23. 05 entries.

2) Plaintiff ask also for "logbook entries for 2A, 2B Tier, unit on Sept. 17 - thus, through Sept. 20. 04

3) Plaintiff ask also for his "PLRA exhaust administrative remedies".

DATE: October 22. 2007

Richard C. Hunt #274714
@ building A N*4
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977

## Certificate of Service

I, __Richard Hunt__, hereby certify that I have served a true And correct cop(ies) of the attached: __Productions of Documents And things from Defendantes/Request__ upon the following parties/person(s):

TO: __Office of the Clerk__
__United States District Court__
__844 N. King Street lockbox 18__
__Wilmington, Delaware__
__19801-3570__

TO: __Catherine Damavandi__
__Deputy Attorney General__
__Carval State office building__
__820 North French street 6th floor__
__Wilmington, De. 19801__

TO: __Gerald Hager__
__Heckler & Frabizzio__
__800 Delaware Avenue__
__Suite 200__
__P.O. Box 128__
__Wilmington, De. 19899__

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __29__ day of __October__, 200_7_

_/s/ Richard Hunt_

IM Richard G. Hunt
SBI# 274114  UNIT 19 A L #4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
                19801-3570

Legal Mail

Legal Mail