IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD C. HUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 04-1417-*** |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al, | ) ) ) |
| Defendants. | ) ) |

## ORDER

IT IS HEREBY ORDERED that defendants shall file their response to plaintiff's motion for temporary restraining order (D.I. 61) on or before November 13, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

November 1, 2007
Wilmington, Delaware