**Page 61**

1  A.  Yes, it was in the morning.
2  Q.  And who were you seen by then?
3  A.  Dr. Hernandez.
4  Q.  Doctor?
5  A.  Diane Hernandez
6  Q.  Hernandez?
7  A.  Yeah.
8  Q.  Oh, you have it in your paperwork.
9  A.  Yeah.
10 Q.  Okay. I got it. Diane. Right?
11 A.  Uh-huh.
12 Q.  And did she examine you? What did she do?
13 A.  She -- she felt my jaw, whatever. It was real
14 swollen and what I was worried about was my tooth because
15 it -- a piece broke off in my mouth and it stuck -- it
16 stuck in my gum, you know what I mean, because I'm
17 thinking, Oh, that's going to get infected or something
18 like that. You know what I mean? So I'm like, Yo, can
19 you -- you know what I mean, I need -- can you let me see
20 a dentist or somebody or something. She was like I'm
21 going to get your jaw X-rayed first. So they put me in a
22 -- in this little thing. They X-rayed my jaw. Then we
23 waited for a minute. Then she came back, Oh, your jaw is
24 broken.
25       See, because everybody -- because now it's

**Page 62**

1  through the prison. Everybody, you know, oh, you know,
2  the guy broke the guy jaw, you know, because I'm telling
3  everybody. Yo, CO broke my jaw. You're not going to, you
4  know what I mean, do that to me and let me sit there.
5  Q.  You told the doctor about what happened?
6  A.  Yeah. I told her, Yo. She said, What
7  happened? I didn't really go into specifics like that. I
8  just told her my jaw had been broken, you know, by a CO.
9  That's it.
10 Q.  And the X-ray was done there in the infirmary?
11 A.  Yes.
12 Q.  Do you remember what time that was done?
13 A.  Between 9; 9 and 10.
14 Q.  And you said she told you shortly thereafter
15 that your jaw was broken?
16 A.  Yes.
17 Q.  And then what happened?
18 A.  She admitted me to the infirmary and put me on
19 a liquid diet and some antibiotics -- I don't know what
20 the medication was. I know it was like a pink pill, like
21 a pink pain pill. From -- I went there. She admitted me
22 September 20th, '04.
23 Q.  Before she gave you any medicine how was your
24 jaw feeling?
25 A.  It was hurting. I was glad to see her.

**Page 63**

1  Q.  Did the pills that she gave you help it feel
2  any better?
3  A.  No. I'm thinking they -- I'm thinking with a
4  broke bone they supposed to take me straight out. They
5  going to take me out because she say your jaw is broken.
6  She said right here, it was broke right here. This was
7  broken like broke in two like.
8  Q.  And you're pointing to --
9  A.  Left side of my jaw.
10 Q.  Left jaw?
11 A.  Left mandible.
12 Q.  Lower part.
13 A.  Lower part by my chin.
14 Q.  Okay. It's kind of closer to your mouth than
15 to your ear I guess.
16 A.  Yeah.
17 Q.  So you were admitted and put on a liquid diet
18 and you were staying there?
19 A.  Yes.
20 Q.  And how long were you in the infirmary?
21 A.  Well, I have like in my other papers I got --
22 when I came down here they lost a lot of my paperwork.
23 Q.  When you came to DCC?
24 A.  DCC February 23rd so I had to write the Judge
25 and ask for I think an extension of something that I had

**Page 64**

1  to put in because they didn't bring all my stuff down here
2  and a lot of my paperwork got took. And what I was
3  looking for was my medical, like I wrote my medical record
4  like for myself.
5  Q.  You took notes?
6  A.  Every day. Yeah, I took notes every day what
7  they told me. I had that in my room. I wrote everything
8  they said down and I really couldn't get copies and they
9  didn't even send -- they didn't send it. They sent it
10 real late. You know what I mean? So I really haven't got
11 copies of it. I just got it so they -- of my medical
12 history.
13 Q.  So you're saying that while you were in the
14 infirmary you took your own notes about what was going on.
15 A.  Yes. I asked him everything.
16 Q.  Do you have that now?
17 A.  Yes. Not on me. It's --
18 Q.  Could you provide Ms. Damavandi with a copy of
19 that?
20 A.  Yeah.
21     MR. HAGER: And me too, please.
22     THE WITNESS: Yeah; because I wrote
23 everything down what they told me. Every time I just
24 -- slow it back. So I'm in the infirmary. I stayed
25 there till like -- like December '04 because I had to

16 (Pages 61 to 64)

```
1   get wired up so she said the 20th -- Dr. Diane
2   Hernandez said the 20th she put in the causaltation
3   [sic] whatever it's called.
4   BY MS. KELLY:
5       Q.  Consultation request?
6       A.  Yeah. To go out to the hospital. So that was
7   like the same day she put it in and she was like, Well,
8   it's up to security to let you out to take you to the
9   hospital, it's up to security. So and this was the 20th,
10  September 20th. So I wrote -- if you look I got a medical
11  grievances asking them why they're not sending me to --
12  sending me to the outside hospital.
13      Q.  I'm asking you do you have anything?
14          MR. HAGER: Pardon me?
15          THE WITNESS: I'm asking do you have
16  anything on me putting in grievances --
17          MS. KELLY: I have a grievance here --
18          THE WITNESS: -- October I think the 8th,
19  around that time because that whole time I'm asking
20  them is you all going to get me to the hospital, is
21  you going to get me to the hospital?
22  BY MS. KELLY:
23      Q.  What were you told?
24      A.  I was told that you're waiting on a -- it's up
25  to security to let you go.
```
Page 65

```
1           MS. KELLY: I don't know that I have that.
2   Did you --
3           MR. HAGER: I have this but I can't make
4   out what that is.
5           THE WITNESS: Oh, that's not it.
6           MS. KELLY: It would be on a grievance
7   form.
8           MR. HAGER: I don't have that grievance.
9           MS. KELLY: I have the initial grievance
10  from September 18.
11          THE WITNESS: Yeah, and I got --
12  BY MS. KELLY:
13      Q.  You're saying that you did one in October; is
14  that right?
15      A.  Yeah. I put in a medical grievance asking
16  them why they didn't put me to -- take me to the hospital
17  at the time.
18          MR. HAGER: I have an October grievance
19  that doesn't have --
20          THE WITNESS: Where is it? Let me see it.
21          MR. HAGER: October 15th.
22          THE WITNESS: No. That was when -- that
23  was a grievance on the guard not coming to my door
24  saying whatever he was saying to me.
25          MR. HAGER: For the record that's the
```
Page 66

```
1   grievance dated 10/14/04 and as an Exhibit but the
2   number is cut off at the bottom of the copy that I
3   have.
4           MS. KELLY: That's attached to the
5   Complaint.
6           MR. HAGER: Attached to the Complaint,
7   correct.
8   BY MS. KELLY:
9       Q.  Do you have that?
10      A.  Because I know I got it. I'm saying I know I
11  got it but I just can't --
12      Q.  If you can't find it you can send it to me
13  later if you find it later.
14      A.  I know you have it already because I put it --
15  I put it with my initial Complaint.
16          MS. KELLY: Maybe it's --
17          MR. HAGER: It's not in the Complaint that
18  I ever seen.
19          THE WITNESS: Like they violating my
20  constitutional right.
21          MS. KELLY: It might be with the . . .
22          THE WITNESS: Because was I telling them
23  that they not, you know, they not letting me --
24  they're not taking me out to the hospital because my,
25  you know what I mean, it took them a whole month to
```
Page 67

```
1   get me to the hospital. From -- it happened
2   September 17th, they found out it was broke the 20th,
3   they didn't get me out till the 18th of October to
4   get my jaw wired.
5           This is not even half the papers that I
6   got. I don't know why I don't have it in here.
7           MS. KELLY: I'm not saying that I
8   definitely don't have it, but I can't find if I have
9   it. I don't see it attached to the Complaint.
10          MR. HAGER: No, I didn't see it attached to
11  my Complaint either.
12          MS. KELLY: No. If you can't find it now
13  --
14          THE WITNESS: Yeah. I'll find it for you.
15          MS. KELLY: -- then you can send it to me
16  and to Ms. Catherine Damavandi and to Mr. Hager, that
17  would be good, if you find it.
18          THE WITNESS: Because I know I wrote it
19  because if I got it it was attached with this. These
20  is like old motions for appointment of counsel so,
21  most of these. But I got it. It ain't with me right
22  now. I got it so I'll send that to you.
23          MS. KELLY: To Ms. Damavandi.
24          MR. HAGER: And to me, please, Gerald
25  Hager.
```
Page 68

17 (Pages 65 to 68)

**Page 69**

BY MS. KELLY:
Q. Mr. Hunt, I was looking through my file but I think you said that you got -- you were taken outside for your jaw on October 18th?
A. Uh-huh.
Q. And in the meantime between September 20th and October 18 you were housed in the infirmary; is that right?
A. Right.
Q. And you were on a liquid diet?
A. Yeah.
Q. The whole time?
A. Uh-huh.
Q. And you were getting some medication?
A. Yeah. I don't know what it was called.
Q. Were you getting just one medication or more than one?
A. I think it was like one pill.
Q. But you don't know what it was for?
A. I know what it was for, it was for pain but I didn't -- don't know what it was called. They wouldn't tell me. I asked them, what's this? Oh, that's something to help you. For what? For the pain.
Q. Did it help?
A. (Indicating.)

**Page 70**

Q. Is that no?
A. No.
Q. And you filed a grievance at some point saying why aren't I being taken to see an outside person?
A. Uh-huh.
Q. Did you get a response from the grievance?
A. No. It was the nurse. I kept asking the nurse. Oh, well, we -- we're waiting on -- they kept telling me that Eugene M. D'Amico at Christiana Hospital, he was on vacation. That's what they kept telling me; he's on vacation. And they was like, Oh, he -- we got to go through somebody else to get you out to the hospital. We keep putting in a consultant, whatever they call it, we put another one in. We can't -- we got to get you out.
   Well, how you talking if your jaw not broke? Well, how you talking if your yaw is broke? So I'm like my jaw is broke. It's not broke back here so I can go like this. It's not my jaw; it's down here towards my mouth where it's broken. Oh, Well, we get you out.
Q. Was it Dr. Hernandez or whatever her name is that was treating you?
A. Yes.
Q. During this time period?
A. Her and our RN, registered nurse. Her name Diane too. There's two of them. I think they're on that

**Page 71**

paper right there.
Q. You're not sure of Nurse Diane's last name?
A. No, I don't know.
Q. Was it Nurse Diane and Dr. Hernandez that you were talking to about when am I going to be seen?
A. Yes.
Q. Do you remember if there was any other medical personnel you were talking to, if you remember their names? You may not.
A. I know they were the main ones because they seem like they had some type say so.
Q. Were you told -- you were taken to Dr. D'Amico on the 18th of October. Right?
A. Uh-huh.
Q. Were you told beforehand this is going to happen?
A. No, they don't -- they don't -- don't say that for, you know, escape purposes, whatever.
Q. So you were just told, Okay, we're leaving now?
A. Yeah, you're going out. Out. I think I went out the 17th of October to get looked at.
Q. By Dr. D'Amico?
A. Yes; for X-rays or whatever. Then I came back the next day, went back out the next day.

**Page 72**

Q. And what did Dr. D'Amico do for you?
A. First I asked him because for real I wasn't supposed to get this.
Q. What's that?
A. This is for me signing for surgery at Christiana Hospital.
   THE WITNESS: You got this?
   MR. HAGER: Yes.
BY MS. KELLY:
Q. Is that your consent form?
A. Yeah. So he told me -- he was like, I asked him, I say, Why you didn't bring me out earlier? He said, I didn't know nothing about you having the broke jaw. What's your name again? I was like Richard Hunt. They said they -- Nurse Diane called you and said that you was the guy and you was on vacation. He said, I've been back from vacation. He said, I was back from vacation the 6th of October. And I was like, so why they didn't -- so he was like -- I was like so can you -- will you be able to testify or anything like that? He was like, Yeah, just tell me. Let me know when, you know, have the court subpoena me or whatever.
   So the guards are like he can't have no paperwork. He can't have no papers or nothing. Give them to us. And I'm like no; because they was the same guards

18 (Pages 69 to 72)

**Page 73**

1  that was, you know what I mean, they his boys, you know,
2  Brian Emig's friends so I'm like no. So when they wired
3  my jaw shut, whatever, the -- I think it was him or -- or
4  the -- his person -- assistant, dentist assistant, they
5  put them in my pants, on the side of my pants.
6      Q.  The consent form that you've got there?
7      A.  Yeah.
8      Q.  When you went to see Dr. D'Amico and you say
9  he wired your jaw shut --
10     A.  Uh-huh.
11     Q.  -- was that under general anesthesia or were
12 you awake for that?
13     A.  No, I was asleep.
14     Q.  And how long were you at his office? Was it
15 done at his office or the hospital?
16     A.  At his -- well, at Christiana Hospital but in
17 the part where he works at.
18     Q.  And how long were you there, do you know?
19     A.  I know I went in the morning. I didn't leave
20 till like -- I was sleeping. I don't know. I wasn't
21 paying attention to the time. I know I just woke up like,
22 Ughh, couldn't move.
23     Q.  It wasn't over night?
24     A.  No, it wasn't.
25     Q.  You came back the same day?

**Page 74**

1      A.  Yeah.
2      Q.  Did you have an understanding what he did
3  exactly to you?
4      A.  I know it hurt when he took them out, took the
5  braces out. From when I looked in the mirror it was like
6  metal to the top.
7      Q.  Across your top lip?
8      A.  No, top -- my top gum.
9      Q.  Inside your mouth?
10     A.  Yeah, inside my mouth my top gum and my bottom
11 gum with hooks that -- for the top they go up and hooks at
12 the bottom and go down and it was like wires, like, like
13 three wires that kept them closed together on each -- like
14 on the -- and on the sides on both sides right and left
15 and one in the middle that was wire on it keep my mouth
16 shut.
17     Q.  It's right that you couldn't open your mouth?
18     A.  Yeah, I couldn't open my mouth.
19     Q.  Did he do anything for that tooth you were
20 talking about?
21     A.  No. Pretty much it was like the tooth broke
22 off and like I pretty much picked a piece of it out of my
23 gum and this is my top gum. Wasn't no bottom or nothing.
24     Q.  So you still have a broken tooth in your
25 mouth; is that what you're saying?

**Page 75**

1      A.  Yeah. It was chipped off, like tooth chipped
2  off.
3      Q.  After the procedure at Dr. D'Amico's were you
4  brought back to Howard Young?
5      A.  Yes.
6      Q.  And where did they put you?
7      A.  Back in the infirmary because you can't be in
8  population like that because I was on a liquid diet so I
9  had to be in there.
10     Q.  How long were you back in the infirmary for?
11     A.  All together or just --
12     Q.  From October 18th --
13     A.  18th.
14     Q.  -- until when were you sent back to the
15 population?
16     A.  December 12th.
17     Q.  So you were there for about two more months;
18 is that right?
19     A.  Yeah.
20     Q.  And I think you said you could only intake
21 liquids?
22     A.  Uh-huh. I got a permanent gap now in my
23 teeth.
24     Q.  In your teeth?
25     A.  Yes.

**Page 76**

1      Q.  What's that from?
2      A.  Having to put the straw in my mouth to eat.
3      Q.  The straw?
4      A.  Yeah. I had to -- because it was like a
5  little opening from the wires so I could suck my food in.
6  So now I got a gap in my tooth.
7      Q.  How long were you on the liquid diet?
8      A.  From the 20th of September to like December.
9      Q.  Was your jaw wired shut that whole time?
10     A.  Until beginning of December like, like the
11 fifth or the fourth they took me out to take the wires
12 out.
13     Q.  They brought you back to Dr. D'Amicco; is that
14 right?
15     A.  Yes.
16     Q.  How many times did you see Dr. D'Amico?
17     A.  Three times.
18     Q.  You went I think you said the day before the
19 procedure. Right?
20     A.  Uh-huh.
21     Q.  The day of the procedure and then you went
22 back again in December?
23     A.  Matter of fact I seen him four times because
24 they had -- they left the metal things in. They left them
25 in for like a couple weeks because I started complaining

**Page 77**

1  because it started making my mouth start hurting because
2  now I could, you know, a little bit. I couldn't chew. I
3  couldn't chew as much.
4  Q. So you went back and they took out most of the
5  wires but left one in?
6  A. They left -- he left like the metal pieces on
7  my top gum and my left gum, he left them there. They left
8  them there.
9  Q. For a couple more weeks; is that right?
10  A. Yes.
11  Q. And then you went back to them?
12  A. Yeah. But they moved me out of the infirmary
13  once those were tooken [sic] out.
14  Q. Once everything was out?
15  A. No. They moved me when they just -- see, they
16  just took the wires that they tightened on -- because they
17  go -- it's like this. You know what I'm saying?
18  Q. You're pointing down.
19  A. Pointing down and pointing up with my pointer
20  fingers. So the wire, they put a wire hoop around there
21  and they just kind of like a little circle and they just
22  tied the ends so they took those out but left the rod and
23  so on.
24  Q. Was that something that they, you know, they
25  thought you still needed the wires in there for a little

**Page 78**

1  while longer?
2  A. Yeah, yeah; because he said I might need more
3  surgery, possibly more surgery or something.
4  Q. Once your jaw -- once you could move your jaw
5  again or chew a little bit then you were sent back to?
6  A. Population. I went to 1C.
7  Q. By then you were sentenced; is the right?
8  A. Yeah. I got sentenced the 22nd of September.
9  I wasn't sentenced when it happened though.
10  Q. From the time you had your procedure in
11  October till December what kind of things were they doing
12  for you in the infirmary?
13  A. They were just -- D'Amico prescribed me
14  Tylenol 3. Wasn't working so I had to tough it out.
15  Pretty much they wouldn't -- at this time they were, Oh,
16  I'm tired of hearing this because I was complaining. Yo,
17  you need to get me to the hospital. So once a person who
18  is, you know, like that in the infirmary it gets on their
19  nerves because they feel as though I can't get him up,
20  security is holding him and why you keep, you know, why
21  you keep asking, you know, to go out. I'm like because my
22  jaw is broken. All right, we know your jaw is broken. We
23  going to send you; we going to send you; we going to send
24  you. So I put in a restraining order. I filed a
25  restraining order with the Judge. I got that too.

**Page 79**

1  Q. What Court was that?
2  A. Same Court.
3  Q. District Court?
4  A. Yeah. And I asked him for ten days for them
5  to get me to the hospital and this was the -- I think it
6  was -- I put in a thing, I put it in -- I'm not sure but
7  got it. I know I got it. I put it in and actually ten
8  days to get me to the hospital. So it was like they got
9  me out that like 10th, 7th day, one of them, they took me
10  to the hospital.
11  Q. So you asked -- you filled a petition --
12  A. Yeah; restraining order.
13  Q. -- with the court and how long after that were
14  you taken to Dr. D'Amico?
15  A. Right in between that seven to ten days.
16  Q. That case was called Hunt versus who?
17  A. State of Delaware.
18  Q. Okay.
19  A. I ain't get -- I didn't get a response back.
20  It was just that it happened that fast. You know, they
21  got me out within that time because I kept threatening
22  them. I'm going to file a restraining order on you. You
23  know what I mean? You're violating my constitutional
24  rights and, you know, stuff like that so they was getting
25  tired of me so they was like, you know, dealing with him.

**Page 80**

1  And like while I was in the infirmary I remember a guy
2  went out for a sprained shoulder. It was another inmate
3  named Michael Pool that had a broke jaw, he came in with a
4  broke jaw and they kept sending him back and forth to the
5  outside hospital and everything. You know, it was a lot
6  of people down there that was messed up and they kept
7  sending out but with me they weren't trying to send me.
8  And like every time my mom makes a visit or anything they
9  tell them I'm down here or they tell them I'm in
10  Georgetown because they didn't want nobody to see me wired
11  up because basically they was trying to cover it up. And
12  I talked to internal affairs up there. You know, they
13  came and talked to my witnesses and stuff like that,
14  talked to me. Where is the tapes, where is any of that
15  even happen. So you don't know what happened.
16  Q. You said that you were interviewed by internal
17  affairs?
18  A. Yeah.
19  Q. But you were never told what happened?
20  A. I was never -- I got a letter. I wrote Stan
21  Taylor. I got copies of that writing him and he sent it
22  to the warden and the warden wrote back. Well, after my
23  initial grievance I was told by Sergeant Moody that this
24  was her -- you got this?
25  Q. Is that attached to your Complaint?

20 (Pages 77 to 80)

```
1    A.   Yeah. It's --
2    Q.   Which Exhibit is it?
3    A.   It's a memorandum from Sergeant Moody inmate
4  grievance chair -- chair person.
5    Q.   At the bottom does it say exhibit something or
6  other?
7    A.   Yes. Exhibit 3, A3.
8    Q.   A3.
9    A.   And it says assault by CO Emig. And it says
10 inmates cannot request or demand disciplinary actions on
11 staff. If you have a complaint regarding staff, write a
12 letter to that person's supervisors. In this case that is
13 captain Jefferson. Never seen her. Never -- I don't know
14 if she a man or a woman. Never seen her or anything and I
15 wrote her plenty of letters.
16   Q.   You wrote to Captain Jefferson?
17   A.   Right. And it says action requested --
18 request is inappropriate or not completed. Inmate must
19 make an actual request such as request that an
20 investigation be conducted or whatever.
21   Q.   So you were told to write to Captain Jefferson
22 and you did that but never heard back?
23   A.   Never heard back.
24   Q.   And then you wrote to Commissioner Taylor,
25 former Commissioner Taylor?
                                                   Page 81
```

```
1    A.   I wrote to Taylor before anybody and he sent
2  the letter to --
3    Q.   The warden?
4    A.   The warden. And that's -- this's Exhibit A2
5  and he's saying your recent correspondence to the Office
6  of Commissioner has been forwarded to this officer for
7  response and/or corrective action. Allegations are under
8  investigation.
9    Q.   Right. And that's dated September 29, 2004.
10 Right?
11   A.   Yeah.
12   Q.   And you're saying you never heard back on
13 that?
14   A.   Never heard anything back because they moved
15 me straight down here. They moved me down here so it was
16 like if you move from a different institution they're not
17 really -- you out of their -- you're not their problem
18 anymore.
19   Q.   You came here it was in February 2005?
20   A.   February 23rd, '05.
21   Q.   When were you released from the infirmary?
22 Sometime in December --
23   A.   December.
24   Q.   -- is that what you said?
25   A.   Uh-huh.
                                                   Page 82
```

```
1    Q.   And you still had the metal stuff in your
2  mouth and you went back a couple weeks later and that was
3  removed?
4    A.   Yes.
5    Q.   When you were in the infirmary from October to
6  December you were on a liquid diet?
7    A.   From September 20th I was on a liquid diet,
8  that whole time.
9    Q.   You continued on your liquid diet and you were
10 taking Tylenol 3?
11   A.   After the 18th.
12   Q.   Were they giving you anything else that you
13 know?
14   A.   When I had the wires they gave me this
15 mouthwash with -- and the Tylenol 3 but I was taking psych
16 medicine too. I was, you know, shook up. You know what I
17 mean? Because I kept -- because they shake down every
18 day. You know what I mean? They come --
19   Q.   In the infirmary?
20   A.   Yeah. They did bars and windows too. So it
21 was always a guard coming. What happened? You know what
22 I mean, and I'm like he ain't break your jaw and when I
23 was down there, Sabato, when he first put me -- I think it
24 was the 21st, Tuesday, September '04 Sabato came down
25 there basically, What happened? He didn't do that to you.
                                                   Page 83
```

```
1  So it was like I was getting harassed all the time and
2  that's when I wrote the grievance on Emig that came down.
3    Q.   So that's your October -- that's attached.
4  Here, let me find it.
5    A.   Yeah. That's October 14th.
6    Q.   Okay. That's Exhibit B2 to your Complaint?
7    A.   Yes.
8    Q.   And you're saying in this grievance that
9  Officer Emig was coming to the infirmary and bothering
10 you; is that what you're saying?
11   A.   Uh-huh. Yeah. I always write it too. Here
12 it is. The Complaint I wrote up as far as all my
13 witnesses sign, yeah. Then I got right here tier man
14 Steven Mason, that was my cellie. That's C1.
15   Q.   C1. Okay. Oh, I see it. I got it.
16   A.   Yeah. And then the other one C2 is Leroy
17 Mckenzie he wrote a statement he was standing at the
18 doorway when he hit me. He was an inmate.
19   Q.   I just wanted to ask you: You see C2 this
20 letter from Leroy McKenzie, it's really hard to read. Do
21 you still have that letter, the original?
22   A.   I think so.
23   Q.   If you could -- I don't know whether you wrote
24 it in pencil or what, you know, why it's so faint.
25   A.   I ain't allowed -- at the time we ain't
                                                   Page 84
```