# My Medical Record of Care

Fri.   September 17                    D'Angelo
   Time 9:50 10:00  Jaw was Broken. From 17 till 20 I was Told it
Sat.   Sept. 18 didn't Eat cause I couldn't  was a infected Tooth Nurse made
              chew  I was Told couldn'T see AnyOne UntiL Monday
Sun.   Sept. 19 Nurse 1.  2.  ↓ Put ice on it which There wasn't Any
                                        Sgt. Fredway c/o Fields Female
Mon.   Sept. 20 Notify Lt. Queener / Took Pictures / Per Doctor / Nurse
       Diane
Teng Appoint Had X-rays Tooken. Conclusion Broken to LeFt Jaw. also A Liquid
Assesment                                                              diet
       From the 20th of September till to date / No Action
       Taken / Teng
              Meaning Jaw hasn't Been Wired . . .
Sept.     1. Housed In InFirmary By Doctor Diane Hernadeze
21. Tue   2. Nurse Teng stated in Her own Words She
22. Wed      didn't need oral surgean To see that my Jaw
23. Thu.     was Fractured so she Rate scheduled me to
24. Fri.     see a outside oral surgean on the 20th of
25. Sat.     Sept. 20 28. Sat in InFirmary From 20 till 28 D'Angelo
26. Sun      Wanting To Be seen By Dr. Deameko to Go Him Being on Vacation I was
              Tried to wait untiL until He's Back From vacation!
27. Mun.  Sept. 29 Wed.
28. Tue      I was seen By a dentist But He stated it was
             Fractured and IF He Had permission From
             Dr. Deameko He would Wire my Jaw or Proper
             medical Equipment He'll Wire it But He stated He
             needs the OK From Dr. Deameko who was still on
             Vacation. I'll remain on Liquid diet.

       Sept. 30
Fri Oct 1 | I ask Ex'll About | 5. Tue  9. Sat  13 weddel Weds.
          | Site stated it my |
          | Jaw was Broken    |           Dr. Fish stated I'm scheguled But can't say when
Sat Oct 2 | EARlier I would   | 6. wed  10. Sun  14  I'll Be going ouT But due to Dr. Deameko coming
          | of got to Hospital|                  TBA   Back From vacation so Dr. Fish stated it's up
Sun Oct 3 |                   | 7. Thur 11. Mon      To Dr. Deameko scheguled.
                                                     Dr. Diane said she can not do AnoTher oral
mon Oct 4 | I Was scheguled  | 8. Fri  12. Tues     consultation I was Aproved to go out It's 'No longer
          | To go to Hospital|                      up to them It's A security issue Now I'll Have to
          | couLd not Through|                      Wait
          | Security or medical Reason|

Oct 15. Ms. Diane ~~Herndez~~ said she believes I haven't been getting my diet tray she doesn't have primmission to

Friday ~~once produced~~ reefill my medication I ask Dr. Arambro He stated that I was schedule to be seen Oct. 4 on that Monday but through to security I wasn't taken out to get my Jaw wired.

FIRST ONE The week of the 20th I was scheduled to go out By Zeno Dr.

SECOND ONE Consultation was scheduled by Dr. Diane Herendez

Nextweek    Dr. Arambro checked with Dr. Diane Herendez and He stated I'll be going out next week He can't tell me exact date but in the week of Oct 15 ~~at~~ ~~so~~ through

Sat. Oct. 16

Sun. Oct. 17 this day marking 30 days of Having Fractured Jaw and No medical attention

Mon. Oct 18 I was taken to Christiana Hospital to see Dr. Eugene M. D'amico I Had a nother x-ray tooken Filled out papers it was determined it was Broken again Oct. 18. 04 I informed Dr. D'amico about way it took so long to get me to the Hospital He said He was never informed or called about my situation I was kept on liquid diet and given pinasilion per D'amico and signed papers for surgury and Dr. D'amico said I'll be out for surgury sometime this week.

Tues. Oct. 19

Weds. Oct. 20 Dr. Diane Came with grieven's about me recieving medical Treatment and why It's been so long that I Haven't recieved medical Treatment I did NOT SIGN OFF on Grieven's Today marking 30 days I've been in the infirmary on liquid diet and House Here Still without medical Treatment 30 days

Thurs. Oct. 21 .

Hunt, Richard
FULL LIQUID
No Snack

Thurs. OCT. 21 04    9:50 am

Lt. Sheets informed Me that I was allow to press
charges it's a Docs condision and He also stated "
go lay down and rub my cell mates feet or something"
Still Hasn't went to the Hospital to get my jaw wired.

Fri. Oct 22.04    around 11:35
I was taken For surgury to get my jaws wired
Hut and I'll recieve a follow up in a couple
weeks I was puscrike tabnol 3 with Coden every 4hr.

It. Oct 23. I'm recieveng my pain meds But not as
Sun. Oct 24. Pescrite when I ask for it I'm Being
Mon. Oct 25. told to wait "I'm Busy" or you need
Tues. Oct 26. to wait for everyone else so they could
Get everyone at the same time.

Wed. OCT 27.

Thurs. OCT 28. I was told By RN. Jeremy I was weights the 13th of
Sept. 04 I that now on Oct 28 my weight was I weighed

Fri. Oct 29  165 lbs.

Sat. OCT 30

Sun. OCT 31

Mon. Nov 1. I ask Dr. Diane for medical attention for bruises on My Groin
Tues. Nov 2. she stated to me to "fill out a sick call slip" "Why if I'm in their life"?
Weds. Nov 3 I went to see inside dentist about sore red Gums I was over mouth
was told that D'amido was on vacation for 2 weeks I wasn't 170

Thurs. Nov 4            Fri Nov 12    Sat. Nov 20

Fri. Nov 5            Sat Nov 13 Complaining About Pain No Attention

Sat. Nov 6            Sun Nov 14

Sun. Nov 7            Mon Nov 15

Mon. Nov 8            Tue Nov 16

Tue. Nov 9            Wed Nov 17 See Oral Sergeon Dentist He tighten my Wire
Went to D'amilos office I ask said put Back in 2 weeks
Wed. Nov 10            Thurs Nov 18 making my Gum hurt plus tooth aches no medicine char.
weight was. 143 lbs.

Thur Nov 11            Fri Nov 19

Nov. 21 Sun.

Nov. 22 Mon

Nov. 23 TUES.   Seen Dentist complain that I'm still recieving Tooth Aches from Dentist TIGHTNING Braces said He was going to Loosen them

Nov. 24 Wed

Nov. 25 Thurs.

Nov. 26 Friday

Nov. 27 SAT

Nov. 28 Sun.

Nov. 29 Mon   Seen Dentist  Nothing!)

Nov. 30 TUE

Dec. 1 Wed

Dec. 2 thurs.

Dec. 3 Friday

Dec. 4 Sat.

Dec. 5 Sun.

Dec. 6 Mon.   Went to get my mouth wire wired suppose to go back and get the whole thing took out

Dec. 7. TUES.

Dec. 8 Wed.        Dec 17        Dec. 22

Dec. 9 Thurs.      Dec. 18       Dec. 27

Dec. 10 Friday     Dec 19        Dec. 28

Dec. 11 Sat.       Dec 20        Dec. 29

Dec. 12 Sun        Dec 21        Dec. 30

Dec. 13 Mon        Dec 22        Dec 31

Dec. 14 Tues       Dec 23

Dec. 15 Wed        Dec 24

Dec. 16 Thurs.     Dec 25



**F**IRST

**C**ORRECTIONAL

**M**EDICAL

# HEALTH CARE REQUEST FORM
(PETICION PARA TRATAMIENTO MEDICO)

**PART A:** (To be completed by inmate)
(PARTE A: Completado por preso)

DATE: 9/17/04
(Fecha)

Inmate's Name ~~Leonard Hunt~~
(Nombre de preso)

Number: 274141
(Numbero)

Work Assignment:
(Trabajo)

Work Hours:
(Horas de trabajo)

Housing Unit: 24-11
(Dorma)

Reason for Medical Appointment: I was punched Right 9/10 I think my
(Razon para tratamiento medico) jaw is broken and part of my tooth
is in my gum

How long have you had this problem?          Hours: since 10:00     Days: 9/17/04
(Cuanto tiempo tienes con este problema?)     (Horas)                (Dias)

**PART B:** (To be completed by medical personnel – DO NOT WRITE BELOW THIS LINE
(Parte B: Completado por personal medico – No escribas debajo de esta linea)

Medical Reply: _____

_____

_____

_____

_____

Medical Staff Member's Signature _____          _____
                                                                   Date

MR-1024

FORM #585

**MEDICAL GRIEVANCE**

FACILITY: HYCSF

INMATE'S NAME: Richard Hunt

HOUSING UNIT: (INF) 205

DATE SUBMITTED: 9.29.04

SBI#: 274714

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

C/o Emig Broke my Jaw of 9-17-04
I came to the Infirmary on 9-20-04 and they X-Rayed
It and it was broken. they let me see the oral surgen
on 9-29-04 But they letting my Jaw set out of place.
they said that the doctor wouldn't be back until the
First week of October.

GRIEVANT'S SIGNATURE: Richard Hunt    DATE: 9/29/04

ACTION REQUESTED BY GRIEVANT: I want my Jaw Fixed.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM  #585

**MEDICAL GRIEVANCE**

FACILITY: _____

INMATE'S NAME: Richard C. Hunt

HOUSING UNIT: INF 205

DATE SUBMITTED: 10.8)04

SBI#: 274714

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10.8.04

TYPE OF MEDICAL PROBLEM:

I need Medical attention! and I'm not recieving it this is violating my Constitutional rights. I'm being made to suffer for no just reason.

_____
_____
_____
_____
_____
_____

GRIEVANT'S SIGNATURE: Richard Hunt          DATE: 10|8|04

ACTION REQUESTED BY GRIEVANT: I request to Be taking to a outside Hospital ASAP.

_____
_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:        Richard Hunt             Inf.

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:       10-19-04

RE:           MEDICAL GRIEVANCE # 04-7735

Please be advised that your medical grievance has been received in the office of the Grievance Chair.  In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC).  Please keep in mind your grievance is only one of numerous others received in this office on a daily basis.  Thank you for your patience.

11

**HRYCI Howard R Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 01/19/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : HUNT, RICHARD C | | **SBI#** | : 00274714 | **Institution** | : HRYCI |
| **Grievance #** : 7735 | | **Grievance Date** | : 10/08/2004 | **Category** | : Individual |
| **Status** | : Unresolved | **Resolution Status** : | | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** | : 10/08/2004 | **Incident Time** : | |
| **IGC** | : Moody, Mary | **Housing Location** : Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I need medical attention and I'm not receiving it. This is violating my constitutional rights I'm being made to suffer for no just reason.

**Remedy Requested** : I request to be taken to a outside hospital asap.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 10/15/2004 | |
| **Investigation Sent** : 10/15/2004 | **Investigation Sent To** | : Fish, Irwin |
| **Grievance Amount** : | | |

15

HRYCI Howard R Young Correctional Institution
Date: 01/19/2005

**HRYCI Howard R Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : HRYCI |
| **Grievance #** : 7735 | **Grievance Date** : 10/08/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/08/2004 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | |

| INFORMAL RESOLUTION |
|---|
| **Investigator Name** : Fish, Irwin                    **Date of Report** 10/15/2004 |
| **Investigation Report :** Hernandez// I/M was seen by the oral surgeon on two occations and still refusses to sign off on the grievence. |
| **Reason for Referring:** |

Offender's Signature:_____

Date                    :_____

Witness (Officer)       :_____

**HRYCI Howard R. Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 01/19/2005

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : HUNT, RICHARD C | SBI# : 00274714 | Institution : HRYCI |
| Grievance # : 7735 | Grievance Date : 10/08/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/08/2004 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | |

### MGC

Date Received : 10/25/2004          Date of Recommendation: 01/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Fish, Irwin | |
| Staff | | Jovin, Jeremy | |
| Staff | | Kerkula, Barnabas | |
| Staff | | Breton, Monique | Deny |
| Staff | | Cerisier, Danivia | Deny |
| Staff | | Gallier, Denise | Deny |
| Staff | | Harris, Diane | Deny |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : 0 | Deny : 4 | Abstain :0 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

10-26-04 Medical Grievance Committee Hearing

*Note Rose Swift, Delaware Technical & Community College Student Nurse Present. I/M Hunt did not object to her presence.

This grievance will be rescheduled. Mr. Fish and Jeremy Jovin, RN treated I/M Hunt. Therefore, in accordance with the Inmate Grievance Procedure 4.4., cannot have a part in the resolution of this grievance.

MGC re-convened 1-18-05

The Committee recommends that the grievance be denied. Proper treatment has been provided. Oral Surgeon, Dr. D'Amico has discharged I/M Hunt from his care. Also note that I/M Hunt said that he did not want to sign-off on the grievance because he is pursuing other things.

I/M Hunt wants to appeal.

**HRYCI Howard R.Young Correctional Institution**
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name** : HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : HRYCI | |
| **Grievance #** : 7735 | **Grievance Date** : 10/08/2004 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/08/2004 | **Incident Time :** | |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1E, Cell 6, Bed A | | |

| APPEAL REQUEST |
|---|
| Appeal submitted by Richard Hunt, 274714-dated 1-20-05 Due to the lengthy unreasonable delay, that stopped me from receiving medical treatment. I refuse to sign off because I want to be informed what exactly was a specific reason for the delay. In order for me to be aware of what I need to do to prevent the same thing for happening in the future. If and when I may need emergency medical treatment. Richard Hunt |

| REMEDY REQUEST |
|---|
| |

16

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

April 14, 2005

Inmate HUNT RICHARD C
SBI # 00274714
HRYCI Howard R.Young Correctional Institution
WILMINGTON DE, 19809

Dear RICHARD HUNT:

We have reviewed your Grievance Case # 7735 dated 10/08/2004.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

19

United States District Court of
Delaware In and New Castle County, State of Delaware

Richard C. Hunt
PETITIONER

V

Commissioner of Corr. Stan Taylor

Warden Rapheal Williams

First Corr. Medical
DEFENDANTS

## Motion For Temporary Restraining Order

Comes now Petitioner Richard C. Hunt
Persuing To Federal Rules and Regulations
and Moves For this Court To Issue a Order
Compaling the Defendants To provide Immediate
Medical attention as Indicated Here in.

Richard C. Hunt
Petitioner
10.11.04
DATE

1a

United States District Court District of
Delaware In and Newcastle County State of Delaware

Richard C. Hunt
PETITIONER

v

Commissioner of Corr. Stan Taylor

Warden Rapheal Williams

First Corr. Medical

DEFENDANTS

Temporary
Restraining
Order

It Is Ordered
On This Day ———— OF Oct. 2004

Is ordered that defendants as of
the above date provide and comply with
the following within 7 days.

1. Have the Petitioner taken to the nearest
Hospital For medical care

2. Such care is to be documented and
the results of medical care and docume
-ntation is to be provided to petitioner
and this court within time stated.

The Honorable ————
The United States District Court
Lock Box 18
844 N. King Street
Wilmington Delaware 198.01

91

# Delaware Center for Justice
### 100 West 10th Street, Suite 905
### Wilmington, DE 19801

## Adult Offender Services Program

**Date: January 21, 2005**

**Richard Hunt # 274714**
**Howard R. Young Correctional Inst.**
**P.O. Box #9561**
**Wilmington, DE 19809**

**Dear Mr. Hunt:**

This is to acknowledge receipt of your letter.  After careful review of your letter, the following decision has been reached:

- [ ] We do not deal with the issue(s) in your letter
- [ ] We advise you to contact your institutional medical provider
- [ ] Provide additional information on the matter for follow up
- [ ] Contact your Counselor at the institution for help and guidance
- [ ] We will contact you upon further investigation and follow up
- [ ] File a grievance using the internal 4.4 Grievance Procedure
- [ ] Requested information enclosed
- [x] **Other: After reviewing your case it is apparent that DCJ will not be able to address your concerns of why treatment was delayed. However, it is my intent to monitor your current grievance (BGO level) to ensure it is in accordance with the 4.4 grievance policy and procedures.**

Thank you for your interest in our agency.

Sincerely,

*Nikita Y. Robins*
Nikita Y. Robins
*Case Manager, Adult Offender Services*

17

DCC  Delaware Correctional Center
Date: 07/06/2006

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : HUNT, RICHARD C | | **SBI#** : 00274714 | | **Institution** : DCC | |
| **Grievance #** : 50865 | | **Grievance Date** : 06/08/2006 | | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status** : | | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 06/08/2006 | | **Incident Time :** | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg 23, Lower, Tier A, Cell 2, Bottom | | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I'm having problems with my jaw that was broken before. It showed no signs of current injury on x-ray bit I'm still having great pain in the area. I was charged $4. for a reoccurring problem. Also there's no paper showing that I received any injury at all in my file. I would like something to be done about this.

**Remedy Requested** : I would like for my Jaw to be looked at. Also want to know why I was charged for a reoccurring problem and to know also why there's no medical information on my broken jaw or treatment?

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/06/2006 |
| **Investigation Sent** : 07/06/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

Page 1 of 2

27

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/10/2006

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** HUNT, RICHARD C | **SBI#**         : 00274714 | **Institution**    : DCC |
| **Grievance #**    : 50865 | **Grievance Date** : 06/08/2006 | **Category**    : Individual |
| **Status**         : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**   : 06/08/2006 | **Incident Time :** |
| **IGC**            : Merson, Lise M | **Housing Location :** Bldg C, Tier C, Cell R7, Top | |

| APPEAL REQUEST |
|---|
| Appeal arrived 10/9/2006. Appeal accepted, Cpl Merson did not collect grievances/appeals due to being out on leave. Appeal states: I was told to just put in another sick call form for the same reoccurring problem with my jaw. There wasn't anything stating that my jaw was even broken in my file. I haven't still gotten any answer on that matter! I feel it's not right to keep charging me for the same issues I have been dealing with for the past 2 yrs. I'm beening told Howard Young Correctional hasn't sent my medical file here, but I have been here in DCC since Feb 23. 05. I feels though I should have to file another sick call or be charged for the same problem over and over. If I need to show my own medical paper I will upon request. |

| REMEDY REQUEST |
|---|
| |

33

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : HUNT, RICHARD C | **SBI#** : 00274714 | **Institution** : DCC |
| **Grievance #** : 50865 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 23, Lower, Tier A, Cell 2, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Rodweller, Deborah | **Date of Report** 07/06/2006 |

**Investigation Report :**


**Reason for Referring:**


**Offender's Signature:**_____

**Date**                      :_____

**Witness (Officer)**     :_____

Page 2 of 2

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date:09/29/2006

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : HUNT, RICHARD C | | **SBI#** : 00274714 | | **Institution** : DCC | |
| **Grievance #** : 50865 | | **Grievance Date** : 06/08/2006 | | **Category** : Individual | |
| **Status** : Unresolved | | **Resolution Status** : | | **Inmate Status** : | |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 06/08/2006 | | **Incident Time** : | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg C, Tier C, Cell R7, Top | | | |

### MGC

**Date Received** : 09/14/2006          **Date of Recommendation:** 09/29/2006

#### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | Heddinger, Brenda | Deny |
| Staff | | McCreanor, Michael | Abstain |

#### VOTE COUNT

| | | |
|---|---|---|
| **Uphold** : 0 | **Deny** : 3 | **Abstain** : 1 |

#### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

#### RECOMMENDATION

Hearing Held 9/28/2006.
Deny: Put in sick call if jaw continues to cause discomfort.


Inmate verbally informed of MGC Decision and appeal form was supplied.
Appeal due 10/5/2006.

31

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

~~March 13, 2007~~
~~December 29, 2006~~

*D/w, C-26*

**Inmate HUNT RICHARD C**
**SBI # 00274714**
**DCC  Delaware Correctional Center**
**SMYRNA DE, 19977**

**Dear RICHARD HUNT:**

We have reviewed your Grievance Case # 50865 dated 06/08/2006.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

**Richard Kearney**
**Bureau Chief**



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON,  DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### MEMORANDUM

TO:         *Richard Hunt, 274714*
            *Infirmary*

FROM:       *Warden Raphael Williams*

DATE:       *October 20, 2004*

SUBJ:       **YOUR RECENT CORRESPONDENCE**

    *Your recent correspondence, to this office, has been forwarded to Captain Carol Jefferson for any action or response deemed appropriate; however, recreation occurs has staffing permits.*

*RW:ad*

**DISTRIBUTION**

*Captain Carol Jefferson*
*File*

EX A, B,

12

FORM #584

### GRIEVANCE FORM

**FACILITY:** _D.C.C_

**GRIEVANT'S NAME:** _Richard Hunt_

**CASE#:** _____

**HOUSING UNIT:** _(19) D-w#3_

**DATE:** _April 20. 05_

**SBI#:** _274714_

**TIME OF INCIDENT:** _8:20 pm_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED. IN THE INCIDENT OR ANY WITNESSES. _This is the second grievance I have put in Concerning my paper work thats been taken away from me. I havent heard anything about the first one that was filed febuary 30. 05 7 days After I was transfered from Howard young Correctional facility. Hendricks v Coughlin 114 F.3d 390 2nd Cir. Grievance clearly protected by federal Constitution This is my second grievance on this issues of staff (D.C.C) losing documents paper work that would help my Civil Case. The first grievance was never heard. This undermines proceedings which violates my due process to a proper hearing Foc staff to lose paper work would be unduly prejudice The state is not Capable of impartially Investigating itself._

ACTION REQUESTED BY GRIEVANT: _I would like this situation dealt within a professional Manner._

GRIEVANT'S SIGNATURE: _Richard Hunt_     DATE: _4/20/05_

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

20

## Certificate of Service

I, _Richard Hunt_ , hereby certify that I have served a true

And correct cop(ies) of the attached: _Productions of Documents_
And things TO All DEFENDANTES / ~~possess~~ upon the following

parties/person (s):

Office of the Clerk

TO: _____

United States District Court
844 N. King Street lockbox 18
Wilmington, Delaware
                    19801-3570

TO: Catherine Damavandi
Deputy Attorney General
Carval State office building
820 North French street 6th floor
Wilmington, De. 19801

TO: Gerald Hager
Heckler & Frabizzio
800 Delaware Avenue
Suite 200
P.O. Box 128
Wilmington, De. 19899

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this ___22___ day of ___October___ ,200_7_

                    _Richard Hunt_