IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD HUNT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1417-*** |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF CAPTAIN MICHAEL J. MCCREANOR

I, Captain Michael J. McCreanor, having been duly sworn according to law do hereby depose and state the following:

1. I make this affidavit based upon my personal knowledge.

2. I am employed with the Delaware Department of Correction at the Delaware Correctional Center ("DCC"). I am a custodian of the inmate grievance records of the DCC. I have been the Inmate grievance Chairperson since August 22, 2005.

3. As part of my regular duties I maintain custody and control of the official inmate grievance records of the DCC. I have reviewed the Motion for Temporary Restraining Order filed by Richard C. Hunt ("Hunt"), along with his attached Medical Information in support of the Motion.

4. Inmate Hunt is aware of the medical grievance procedures that are available to him at DCC.

5. In the past sixty (60) days, Hunt has not filed any medical grievances at DCC.

*Captain Michael McCreanor*

SWORN TO AND SUBSCRIBED before me this ___8___ day of November, 2007.

*Michael Little*