# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

RicHard Hunt
Name (Print)

(19) A L #4
Housing Location

1/3/99
Date of Birth

274714
SBI Number

9.10.07
Date Submitted

Complaint (What type of problem are you having)? My Medication Expired today And I would like to be seen by Doctor. Also I had Blood were done but haven't heard anything of the Results. It has been Almost a month.

Richard Hunt
Inmate Signature

9.10.07
Date

**The below area is for medical use only. Please do not write any further.**

S:
+ RECEIVED SEP 18 2007

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P: Refer to MD for Renewal or not of meds

E: petibuit to see MD Dr 9/13/07.

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263