IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1417-*** |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Plaintiff's Motion For Temporary Restraining Order (D.I. 61), and State Defendants Stan Taylor, Raphael Williams and Brian Emig's Response In Opposition To Plaintiff's Motion For Temporary Restraining Order and it appearing that good and sufficient notice of Plaintiff's Motion and Defendants' Response has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Temporary Restraining Order is **DENIED**.

SO ORDERED this _____ day of _____, 2007.

_____
Judge

## *CERTIFICATE OF SERVICE*

I hereby certify that on November 14, 2007, I electronically filed a *Proposed Order for State Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Daniel L. McKenty
>Heckler & Frabizzio, P.A.
>800 Delaware Avenue, Suite 200
>P. O. Box 128
>Wilmington, DE 19899

I hereby certify that on November 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

>Richard C. Hunt, Inmate
>SBI #274714
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

  /s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants