## Certificate of Service

04-1417

I, **Richard C. Hunt**, hereby certify that I have served a true and correct cop(ies) of the attached: **Reading + Signing of Deposition 1-5 Pages of Corrections** upon the following parties/person (s):

TO: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

TO: _____

RECEIVED
NOV 21, 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: Catherine Damavandi
Deputy Attorney General
Carvel State Office building
820 North French Street 6th Floor
Wilmington, Delaware. 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **14** day of **November**, 200**7**

Richard Hunt

IM Richard C. Hunt @ A L #4
SBI# 294714  UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

"Legal Mail"

"Legal Mail"