# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD HUNT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1417-*** |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

State Defendants Stan Taylor, Raphael Williams and Brian Emig, through their undersigned counsel, hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATE: December 3, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD HUNT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1417-*** |
| | ) |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, 20___ that:

Summary Judgment is entered in favor of State Defendants Stan Taylor, Raphael Williams and Brian Emig, in their official and individual capacities, as to all claims.

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD HUNT,         )<br>                              )<br>    Plaintiff,         )<br>                              )<br>    v.                     )    C. A. No. 04-1417-***<br>                              )<br>FIRST CORRECTIONAL MEDICAL )<br>SERVICES, et al.,         )<br>                              )<br>    Defendants.        )| |

*CERTIFICATE OF SERVICE*

I hereby certify that on December 3, 2007, I electronically filed *State Defendants' Motion for Summary Judgment Judgment* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Daniel L. McKenty, Esq.
> Heckler & Frabizzio, P.A.
> 800 Delaware Avenue, Suite 200
> Wilmington, DE 19801

I hereby certify that on December 3, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

> Richard C. Hunt, SBI #274714
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> **STATE OF DELAWARE
> DEPARTMENT OF JUSTICE**
>
> /s/ Catherine Damavandi
> Catherine Damavandi (ID # 3823)
> Deputy Attorney General
> State of Delaware Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Attorney for State Defendants