# READING & SIGNING OF DEPOSITION

TO BE ATTACHED to the deposition of <u>RICHARD C. HUNT.</u>
Taken on <u>10/18/07</u> submitted for signature on <u>10/25/07.</u>
In the matter of <u>HUNT VS. FIRST CORRECTIONAL MEDICAL SERVICES.</u>
*Instructions to Deponent:*  In accordance with the Rules of
Civil Procedure, a copy of your deposition is attached for your
review and signature.  Any changes to the deposition are to be
made on this sheet with your reasons. <u>DO NOT WRITE ON THE
DEPOSITION ITSELF.</u>  **Sign** your review at the bottom of the page.
**Return** this form to: <u>CATHERINE DAMAVANDI, ESQUIRE</u> within 30 days
to be attached to the original Transcript.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PAGE | LINE | CORRECTIONS |
|------|------|-------------|
| 9 | 21 | MANKAto HiGh |
| 17 | 1 | HENNEPEN |
| 17 | 24 | SCI |
| 20 | 1 | Housing Unit 2A #11 |
| 20 | 3 | Housing Unit 2A #11 |
| 20 | 20 | Talked to TaiFikman Sept. 20.04 Per Doctor Diane Hesendez Cause broken Jaw |
| 23 | 4 | Norman Reed Stephan Mason |
| 24 | 3 | 2B tier |
| 24 | 9 | 9:45 Aroud that And 10:00 pm |
| 24 | 24 | We had Dinner Aroud 4:15 to 5 Something then locked in Around 4:15 Need log Entries of Date time to Correct [NoFAGAN stayed to Just feed us then left] |
| 25 | 4 | Yes Brian Emig was in Area Doing bars And windows |
| 25 | 12 | Brian Emig came to my Cell. |
| 25 | 25 | Brian Emig was Assisting search team with bars + windows He came to my cell |
| 26 | 1 | I know D'Angelo was there Also Brian Emig |
| 26 | 16 | Norman Reed Stephan Mason |
| 26 | 23 | Stephan Mason |
| 27 | 9 | Stephan Mason was my Cellmate the Date of incident And was the tierman |
| 27 | 11 | Stephan Mason |
| 27 | 14 | Stephan Mason |
| 27 | 23 | Stephan Mason |
| 29 | 6 | "Yes" the tierman Stephan Mason was out on tier look At Brian Emig He stated the back Away from the Dor |
| 29 | 16 | |
| | | |
| | | |
| 32 | 14 | Yes Brian Emig hit me in the Jaw |
| 37 | 1 | me hitting him |
| 37 | 2 | meaning Brian Emig would come back to Provok me to hit him to Justify him hitting me |
| 40 | 4 | I received ointment Through window I clean up myself |
| 41 | 18 | I didn't have Copie of sickcall Dating of w/september Just 18 I HAVE it now |

I HAVE READ THE TRANSCRIPT OF MY DEPOSITION AND AFFIRM THAT IT IS
A CORRECT TRANSCRIPTION OF THE MATTER, EXCEPT FOR THE CHANGES
NOTED ABOVE.

_____          _____
(Signature)                                     11.9.07
                                                (Date)

PAGE 1 - 5

Reading & Signing of Deposition
Richard Hunt 11.9.07

| PAGE | LINE | CORRECTIONS |
|------|------|-------------|
| 42 | 2 | I know the Date give Carmen I cOlie Relt one I HAve otheR copy. |
| 43 | 2 | No it's Not molaR but one back tooth. |
| 44 | 14 | No it wasN't CArmen DAvis |
| 44 | 17 | No |
| 44 | 19 | No went up Modul And CleANed myself leg. |
| 44 | 21 | I mention the fAcTs of GuaRd hitting me but DidN't go iNto eveRy thing |
| 45 | 1 | Yes, I'm frustRated meaNiNg it's No Point iN telling the oveR ANd oveR |
| 46 | 25 | I told C/o JohNsoN C/o Ayers ANd Set. lAweReNce Sgt livingSton |
| 48 | 10 | I toid SGt. lAweRANce About iNcideNt A hAlf houR Ago AfteR C/o eNig AssAultFed me - Lt. Fields ANd SGt. FRedwAy wAs theRe Also Lt. QueeNeR |
| 48 | 20 | yes |
| 49 | 10 | Lt. QueeNeR took me to NuRses StatioN CarmeN DAvis wAsN't NuRse |
| 51 | 19 | Lt. QueeNeR ANd NuRse I DoN't kNow NAme of wAs theRe. |
| 53 | 2 | I would of told eveRy C/o that wAs iN CoNtAct with me Plus they weRe AlRight with me we got AloNg togetheR |
| 53 | 5 | No Not NeveR AlwAys" I Got AsulTed by C/o eNig ANd he bRoke my JAw iN which led to bRokeN tooth As well |
| 58 | 23 | GAve me somethiNg foR leg Also look At my JAw explaiNed whAt hAPPeN to JAw About C/o hittiNg me & chocked chilled tooth ANd foR swolleN JAw. |
| 59 | 21 | oiNtmeNt foR leg ANd looked A fAce |
| 60 | 7 | oiNtmeNt foR leg |
| 60 | 19 | NothiNg foR PAiN |
| 68 | 3 | the 20th of OctobeR but weNt out to hosPitAl 18th Oct. foR eX-Ray |
| 70 | 24 | DR. Fish NuRse IeNA DR. ARAmbRo RN. JeRemy ~~Rose~~ DiANe RN |
| 71 | 10 | DR. Fish NuRse IeNA DR. ARAmbRo RN. JeRemy RN DiANe |
| 71 | 14 | "No" |
| 71 | 21 | I weNt out 18th of OctobeR to be looked At, X-Ray |
| 71 | 24 | weNt bAck out 20th of Oct. foR wiRes iN mouth |
| 76 | 10 | Dec. 6 weNt to Get unwiRed |
| 77 | 6 | Dec. 6 weNt to Get unwiRed |

| PAGE | LINE | CORRECTIONS / READING & SIGNING DEPOSITION OF RICHARD HUNT |
|---|---|---|
| 79 | 4 | Ask courts to Have Defendants comply to a Temporary restraining order with in the following 7 days on 10.11.04 |
| 79 | 15 | 10.11.04 I went out to be look at with X-Ray 10.18.04 but it wasn't until @10.20.04 I gotten surgery so 7 days |
| 79 | 17 | Richard Hunt v. Comm of Corr. Stan Taylor, Warden Rapheal Williams, First Corr. Medical |
| 83 | 11 | "yes" never stop liquid Diet until Dec. 6.04 |
| 86 | 1 | Procedure wasn't Done until Oct 20.04 |
| 86 | 5 | After Procedure Oct.20.04 until Dec. still pain plus Gums bleed all the time. |
| 87 | 17 | Still hurting Bad also still had metal in my mouth |
| 92 | 19 | I wrote Stan Taylor about Assault as well Medical Not responding about Outside Hosp. |
| 93 | 24 | the letter was forwared to Rapheal William from Stan Taylor so incident was seen by both parties and was aware of it's content. |
| 98 | 2 | twice a day when complained of pain No prescription given as I know of |
| 98 | 7 | 2 pills cause anything else would have to come from doctor |
| 98 | 25 | "yes" when asked |
| 100 | 10 | I made mistake of Putting 18th of sept instead 17th of sept the form was a Nother sickcall slip that never got heard but filled previous sickcall 17th of sept. |
| 100 | 14 | mistake in putting 18th instead of 17th of september, |
| 100 | 22 | mistake in putting 18th instead of 17th of september |
| 103 | 2 | Dr. Fish made that statement as well Dr. Hernandez Nurse Dian. |
| 103 | 9 | yes because it's stressful, hurtful, Depressing |
| 103 | 13 | medical was more stressful and Depressing. cause Nothing wasn't being done about my issues officers were Trying to intimidate me, scare me try to cause fear |
| 103 | 21 | As a kid I was Diagnosed with depression I'm still suffering plus Anxiety |
| 106 | 16 | "No" Actually I'm still waiting for medical file to Answer these Questions |
| 106 | 19 | the medication I recieved first was for pain then mental health gave me medication for symptons of depression and skitsaphania |
| 107 | 17 | from 20th of sept. to Oct20.04 I recieved a pink pill and liquid Diet/Oct 20.04 I recieved Tylonel 3 plus taking mental Health medication I'm waiting for med file to confirm pills I was given. |
| 107 | 20 | mental health pills was given between Oct 20.04 through 11.14.04 around that Time they stop Giving me mental health meds cause they claim I was lying about symtems of Depression. |
| 108 | 2 | I'm waiting for medical file to Answer Questions concerning pain or mental Health pills |
| 108 | 17 | I was Told by Dr. Hernendez I'm suppose to go to hospital sept. 20.04 |
| 109 | 18 | I wanted to make sure I understood your Question plus I assumed your office seen medical file but I was given medication for mental health issues |
| 109 | 25 | "yes" I needed mental help as well as physical. so to Delay as well as assault |
| 110 | 3 | yes if I needed mental help for Delay as well. |
| 110 | 16 | He never descussed to me what complications can or have accurred by the Delay only that I may have future problems with mouth. |
| 111 | 3 | He stated it may be problems in the future. |

| PAGE | LINE | Corrections / Reading & Signing Deposition Defendant 11-9-07 |
|------|------|-----------------------------------------------|
| 111 | 9 | I'm waiting for Confirmation on whether there's a problem stiming from Delay that's causing bone loss. from Oral Surgeons Here at D.C.C. |
| 111 | 23 | Not at this Current moment No! |
| 112 | 12 | Staring at me with Dirty looks / Being laughed at was Called "faggot "Clown" I recieved a food tray from him / He C/o Emig Called my Name. |
| 112 | 20 | "yes" said my Name, Called me faggot And Clown! |
| 113 | 3 | "yes" I seen him, but stayed away from him in hallways! |
| 115 | 10 | C/o Ayers, C/o Johnson, Sgt Fredway, Nurse that I can't get Name of Lt Sabato |
| 115 | 14 | No I couldn't Eat Anything, but Drink Water. |
| 115 | 25 | Previously on Another Jail Sentence before in Mar April 04. |
| 52 | 15 | I never told Anyone or written Anything that says or states my Cellmates Assulted or hit me. |
| 6 | 6 | Sharp Pains in left Mandible where Jaw was broken. Plus left wrist. Plus still have trouble Chewing/migrains Mental health Issues. |
| 6 | 14 | I'm not sure I'm waiting for Medical Record to Determine Exact Dates |
| 6 | 16 | I'm not sure I'm waiting for Medical Record to Determine Exact Dates |
| 6 | 21 | Both, I can say |
| 6 | 23 | Waiting for Medical Record to give Exact Date |
| 7 | 9 | I was Taking it 4:30 Am. 9:00 Am 4:30 pm. 9:00 pm 4 times A day |
| 7 | 25 | I was Taking Sinequan but was Not getting it Anymore, cause Nurse stated #'ll mess with current medication And was told to wait for other Anti Depressant but Never Recieve Anything for months still hasn't gotten Anything. |
| 8 | 12 | It Puts me on High And it's Hard to Focus messes with my Concentration |
| 8 | 14 | It makes me tired so focus is off |
| 8 | 16 | I'm not shore! Can I Refuse? |
| 9 | 17 | 8 Grade |
| 9 | 24 | No I Did'nt Graduate |
| 10 | 20 | Kiddnapping, RSP. Poss w/I Crim Int. Possn/Deadly weapon Man Distribution Man Del Pos w/I Resisting Arrest |
| 14 | 15 | It's Hard to Answer Questions when Howard young Correctional Facility hasn't sent All my Paper work to Answer Questions that have Correct dates And Names of People who were envolve. So somethings I may have to Correct on Interrogatories, cause memorie is bad Plus I Don't have All my Papers I should Recieve soon: Hopefully. |
| 16 | 14 | 14 Yrs. old |
| 19 | 2 | No |
| 19 | 6 | It's not my Handwriting I was Assisted by Another Inmate. |

| page | line | Corrections |
|---|---|---|
| 4 | 3-18 | C/o Emig Came to my Cell to Do bars + windows with shake down Team so I step to the front of the Room by Door there were some words being exchange between me I/m and C/o Emig about recieving hot water IN which I was aloud to get from staff tier man was passing it out plus cleaning teir C/o Emig told me to back away from door I turned Right to look at my cell mate. Bamm C/o Emig Punched me In the left side of my Jaw I fell back on mattress on the floor And ask C/o Emig why you hit me He said "I better Not get into his face again" other guard came to his side waiting for me to React but I layed there until they left the tier He didn't call any code Nothing. |
| 30 | 4 | I Recieved hot water from tier man Stephan Mason |
| 30 | 14 | As C/o Emig walk passed me words were exchanged About Recieving hot water |
| 30 | 18 | "NO" |
| 30 | 20 | He Ask About me Recieving hot water "I told him I was Allowed per other C/o |
| 32 | 12 | "NO" I turned Right to look At him |
| 32 | 14 | That's when C/o Emig Punched me on the leftside of my Jaw |
| 34 | 9 | I Ask him why He had it me He stated better Not get into his face again! I Heard Code one / I'm Hoping for Code 4 that's medical He didn't call any Code |
| 37 | 19 | I Ask Stephan Mason To see if He can get Sgt. on Tier |
| 38 | 11 | Meaning go talk to him and send me to medical check into it. |
| 40 | 1 | 15-30 mins |
| 40 | 14 | "yes" |
| 42 | 2 | Date was 17th of Sept. M.P.C.J.F had Sickcall Colie of 17th I'llsend when it comes. |
| 42 | 18 | Very Painful. I had A feeling it was broke |
| | | |

_Richard Hunt_
SignAture

11.09.07
DATE

5 Pages.