**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD C. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1417-*** |
| | ) | |
| FIRST CORRECTIONAL MEDICAL SERVICES, et al., | ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I, Catherine Damavandi, Deputy Attorney General, hereby certify that on December 6, 2007, I electronically filed a *Notice of Service of Discovery Materials* with the Clerk of Court using CM/ECF. I hereby certify that on December 6, 2007, I have mailed by United States Postal Service, the document to the following parties:

Daniel L. McKenty  
Heckler & Frabizzio, P.A.  
800 Delaware Avenue, Suite 200  
P. O. Box 128  
Wilmington, DE 19899

Richard C. Hunt, Inmate  
SBI#274714  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE  19977

**STATE OF DELAWARE**  
**DEPARTMENT OF JUSTICE**  
  /s/ Catherine Damavandi  
Catherine Damavandi (ID # 3823)  
Deputy Attorney General  
State of Delaware  
Department of Justice  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302) 577-8400  
Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed *Defendants' Notice of Service of Discovery Materials.* I hereby certify that on December 6, 2007, I sent by United States First Class Mail *Defendants' Notice of Service of Discovery of Material Documents with Documents Filed Under Seal* and Bates-stamped, D00001 through D00034 to the following parties:

Daniel L. McKenty
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899

Richard C. Hunt, Inmate
SBI#274714
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**
 /s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants