United States District Court
To the Clerk of the Court,
(Civ. Action No. 04-1417-GMS
From: I/m Richard C. Hunt #274714 Key-South C-tier
Date: April 21, 2008
Re: Change of Address

My new address is now.

Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947



FILED
APR 2 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned
cc: Ron

I/M: Mr Richard Hunt BLDG: Key-South C-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

WILMINGTON DE 197
23 APR 2008 PM 3 T

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801 - 3570