IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD C. HUNT | : |
| Plaintiff | : |
| v. | : Civil Action No. 04-1417 GMS |
| FIRST CORRECTIONAL MEDICAL, et al. | : |
| Defendants | : |

## **O R D E R**

At Wilmington this 5th day of September, 2008, having reviewed the pending motion to withdraw as counsel for defendant, First Correctional Medical, LLC ("FCM"), and there being no opposition filed thereto:

IT IS ORDERED that the motion (D.I. 74) is GRANTED;

IT IS FURTHER ORDERED that, on or before **October 6, 2008**, defendant FCM will retain new counsel, as a corporation cannot represent itself.  See Simbraw, Inc. v. United States, 367 F.2d 373.  Failure of FCM to timely comply with this order will be considered a failure to defend and the court will conduct a hearing at sometime in the future to determine whether judgment (and in what amount) will be entered against FCM.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE